

September 9, 2016

Monique E. Smith, Chief Financial Examiner
North Carolina Department of Insurance
Financial Examination Section
Financial Evaluation Division
1201 Mail Service Center
Raleigh, NC 27699-1201

Re: Summit Trust Company
     North Carolina Mutual Life Insurance Company

Dear Ms. Smith:

My name is Ricardo J. Zayas. In November 2015 the United States District Court for the Eastern District of Pennsylvania entered an order ("Order") appointing me as Receiver for Summit Trust Company, Inc. ("Summit"). I am communicating with you in that capacity. A copy of the Order and the civil complaint ("Complaint") that precipitated the entry of the Order can be viewed at www.summittrust.com on the "About Us" tab under "What's New."

Summit and I are in receipt of your certified letter dated August 18, 2016 requesting certain information be provided to the Chief Financial Examiner, North Carolina Department of Insurance. Under the aforementioned Order, I was given broad authority to conduct the operations of Summit and take custody, control and possession of all Receivership Property including business records. Summit continues to exist and operate as an entity albeit under my supervision.

This correspondence and the information contained herein is submitted in my capacity as Receiver for Summit. I have no personal knowledge of any interaction between Summit and North Carolina Mutual Life Insurance Company or the Port Royal North Carolina Mutual Reassurance Trust. That said, as Receiver, and in an effort to comply with your request, I made inquiries of persons currently associated with Summit. These persons provided the following information in response to my inquiries.

- Summit is a Nevada chartered trust company which provides administrative and custodial services to multiple trust account clients. This includes IRA's and other trust accounts.
- As custodian, Summit does not serve in a fiduciary capacity, provide investment advice or services. Investment advice and similar services are provided by the client or the client's independent financial advisor.
- Summit is not a Broker/Dealer. It does not have the authority, the systems, or capability to track dates, length of investment, fluctuating interest rates, expected timing of interest payments or timing issues. Summit relies on the reporting of the client's financial advisor.


MARCUMGROUP
MEMBER

Marcum LLP ■ 1600 Market Street ■ 32nd Floor ■ Philadelphia, Pennsylvania 19103 ■ Phone 215.297.2100 ■ Fax 215.297.2101


EXHIBIT J

- On or about April 29, 2015 Summit opened three custodial accounts for the Port Royal North Carolina Mutual Reassurance Trust. These accounts are numbered ▮▮▮▮, ▮▮▮▮ and ▮▮▮▮ (*see* Attachment A through C). These accounts remain open in Summit's files at this writing.
- Copies of current account statements are attached hereto. These statements were system generated and reflect investment and asset information as recorded by the Revzon Consulting Group.[1] The statements present information including the account name and number, a description of assets held within the account, the acquisition cost and the market value, if updated by the inveestment advisor and other responsive information.

Please note, the account statements included herein, show various investments. At this time, Summit is not aware of the extent to which, if any, these investments have been pledged or otherwise encumbered, but reserves the right to change this position in the event that further investigation and/or review of the accounts and any related documentation may indicate otherwise.

As stated, I do not have personal knowledge of the relationship / interaction between Summit and the subject entities. I do have ongoing access to Summit business records and will work with you to provide additional information, as needed.

If you require additional information you may contact me at 215-297-2320 or Nicole Donecker at 215-297-2314.

Sincerely,

MARCUM LLP

Ricardo J. Zayas, CPA, CFE, CVA, CFF

RJZ/ep
Enclosure

cc: Michael Lawrence, President and CEO - North Carolina Mutual Life Insurance Company

---

[1] Revzon Consulting Group (RCG) provides back-office support services to Summit. RCG was made aware if this inquiry and asked to provide responsive information.

# ATTACHMENTS

# ATTACHMENT A



For the Account of:
Account Number: ▮▮▮▮

## Summit Trust Company As Custodian Of The Port Royal North Carolina Mutual Reassurance Trust Custody

From 8/16/2016 To 9/8/2016

## Asset Allocation

|  | Market Value | % Portfolio |
|---|---|---|
| Cash & Equivalents | $1,087,343.75 | 4.51 % |
| Other | $23,000,000.00 | 95.49 % |
| Total Assets | $24,087,343.75 | 100.00 % |

## Activity Summary

|  | Cost Value | Market Value |
|---|---|---|
| Previous Statement Balance | $24,091,000.00 | $24,091,000.00 |
| Realized Gains | $0.00 |  |
| Other Activity | ($3,656.25) | ($3,656.25) |
| Net Portfolio Change |  | $0.00 |
| Ending Balance | $24,087,343.75 | $24,087,343.75 |

\* All or part of value is unknown.



# Summit Trust Company As Custodian Of The Port Royal North Carolina Mutual Reassurance Trust Custody

From 8/16/2016 To 9/8/2016

## Statement of Assets

| Symbol | Asset Description | Units/Shares or Face Value | Unit Price | Total Cost | Market Value |
|---|---|---|---|---|---|
| **500 Money Market Funds** | | | | | |
| FED POP | Federated Prime Obligations CL SS #398 | 1,087,343.7500 | $1.00 | $1,087,343.75 | $1,087,343.75 |
| | | | Total: | $1,087,343.75 | $1,087,343.75 |
| **840 Loans & Notes Receivable** | | | | | |
| PETRA | Petra/ Bank America | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| JazzCredit | Jazz/Credit Suisse | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| Jeffries | Jeffries/Petra | 1.0000 | $0.00 | $500,000.00 | $500,000.00 |
| AFG | AFG | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| Sully | Sully | 1.0000 | $0.00 | $500,000.00 | $500,000.00 |
| Banjo | Banjo | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| Delta | Delta | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| Sprintship | Sprintship | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| West25thSt | West 25th Street LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| Halabridge | Halabridge 154 Spring LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| LALLC | 103-113 3rd St. LA LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| ParkAveLLC | Park Ave Park Ave LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| HiltonTowe | Hilton Tower LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| WeMember | We Member LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| WeWorkLLC | We Work.LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| WabashLLC | Wabash.LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| CoconutBch | Coconut Beach LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| 801SthBrdy | 801 South Broadway LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| WBSHTWR | WBSH Mel Tower LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| BroadLLC | 2307 Broadway LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| SpringBrdg | Spring Bridge 182 | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| East14th | East 14th Investor LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| JSBerrySt | JS Berry Street LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| WB41Mercer | WB 41 Mercer LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| | | | Total: | $23,000,000.00 | $23,000,000.00 |
| **Cash** | | | | | |
| | Cash | | | $0.00 | $0.00 |
| **Grand Total** | | | | $24,087,343.75 | $24,087,343.75 |

* All or part of value is unknown.



For the Account of:
Account Number: ▇▇▇▇

**Summit Trust Company As Custodian Of
The Port Royal North Carolina Mutual
Reassurance Trust Custody**
From 8/16/2016 To 9/8/2016

## Statement of Transactions

| Date | Transaction Description / Payee | Units | Cash Change | Investment Change |
|---|---|---|---|---|
| | TRANSFER | | | |
| 8/26/2016 | TRANSFER to 103703b | 0.0000 | ($3,656.25) | $0.00 |
| | | | ($3,656.25) | $0.00 |
| | TOTAL SWEEP PURCHASES | | ($1,091,000.00) | $1,091,000.00 |
| | TOTAL SWEEP SALES | | $3,656.25 | ($3,656.25) |
| | | | ($1,091,000.00) | $1,087,343.75 |

* All or part of value is unknown.

# ATTACHMENT B

**For the Account of:**
**Account Number:** ▮

**Summit Trust Company As Cutodian Of**
**The Port Royal NC Mutual Reassurance**
**Trust Custody**
From 8/16/2016 To 9/8/2016

## Asset Allocation

|  | Market Value | % Portfolio |
|---|---|---|
| Other | $9,750,000.00 | 100.00 % |
| Cash | $0.00 | 0.00 % |
| Total Assets | $9,750,000.00 | 100.00 % |


Other

## Activity Summary

|  | Cost Value | Market Value |
|---|---|---|
| Previous Statement Balance | $9,746,343.75 | $9,746,343.75 |
| Other Activity | $3,656.25 | $3,656.25 |
| Net Portfolio Change |  | $0.00 |
| Ending Balance | $9,750,000.00 | $9,750,000.00 |

\* All or part of value is unknown.



For the Account of:
Account Number: ▓▓▓
Summit Trust Company As Cutodian Of
The Port Royal NC Mutual Reassurance
Trust Custody
From 8/16/2016 To 9/8/2016

## Statement of Assets

| Symbol | Asset Description | Units/Shares or Face Value | Unit Price | Total Cost | Market Value |
|---|---|---|---|---|---|
| 641 Secured Notes | | | | | |
| FPTK9 | Orange Espagne SA | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| Syracuse | Syracuses Property Holdings LLC | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| FOREFTCI2 | Tata Communication Note #2 due 7/31/2016 | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| FOREFTCI2A | Verizon UK Note #2A due 7/31/2016 | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| FOREFTCI3 | France Telecom Espana, S.A. U Orange Note #3 due 8/31/2016 | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| FOREFTCI4 | Verizon Espana Note #4 due 9/8/2016 | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| FOREFTCI4A | British Telecom Note #4A due 9/8/2016 | 1.0000 | $0.00 | $500,000.00 | $500,000.00 |
| FOREFTCI5 | KDDI, Europe Note #5 due 9/11/2016 | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| FOREFTCI5A | Verizon Netherlands Note #5A due 9/11/2016 | 1.0000 | $0.00 | $500,000.00 | $500,000.00 |
| FOREFTCI6 | Vodafone U K Note #6 due 9/18/2016 | 1.0000 | $0.00 | $300,000.00 | $300,000.00 |
| FOREFTCI7 | SRL-Colt (Italy) Note #7 due 9/29/2016 | 1.0000 | $0.00 | $450,000.00 | $450,000.00 |
| FOREFTCI8 | Telecom Italia SPA Note #8 due 8/31/2016 | 1.0000 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| | | | Total: | $9,750,000.00 | $9,750,000.00 |
| Cash | | | | | |
| | Cash | | | $0.00 | $0.00 |
| Grand Total | | | | $9,750,000.00 | $9,750,000.00 |

* All or part of value is unknown.

Case 1:16-cv-01174-LCB-JEP   Document 5-10   Filed 09/26/16   Page 10 of 15



For the Account of:
Account Number: ▮

**Summit Trust Company As Cutodian Of
The Port Royal NC Mutual Reassurance
Trust Custody**

From 8/16/2016 To 9/8/2016

## Statement of Transactions

| Date | Transaction Description | Payee | Units | Cash Change | Investment Change |
|---|---|---|---|---|---|
| **TRANSFER** | | | | | |
| 8/26/2016 | TRANSFER from 103703A | | 0.0000 | $3,656.25 | $0.00 |
| | | | | $3,656.25 | $0.00 |
| **TRANSFER PRINCIPAL CASH TO** | | | | | |
| 8/26/2016 | TRANSFER PRINCIPAL CASH TO | | 0.0000 | $0.00 | $0.00 |
| 8/26/2016 | TRANSFER PRINCIPAL CASH TO Federated Prime Obligations CL SS #398 | | 0.0000 | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $3,656.25 | $0.00 |

* All or part of value is unknown.

ATTACHMENT C



For the Account of:
Account Number: ▇▇▇▇

## Summit Trust Company As Custodian Of The Port Royal NC Mutual Reassurance Trust Custody
From 8/16/2016 To 9/8/2016

## Asset Allocation

|  | Market Value | % Portfolio |
|---|---|---|
| Cash & Equivalents | $12,609.96 | 1.77 % |
| Other | $700,000.00 | 98.23 % |
| Total Assets | $712,609.96 | 100.00 % |

## Activity Summary

|  | Cost Value | Market Value |
|---|---|---|
| Previous Statement Balance | $712,609.96 | $712,609.96 |
| Net Portfolio Change |  | $0.00 |
| Ending Balance | $712,609.96 | $712,609.96 |

* All or part of value is unknown

Page 1 of 3



For the Account of:
Account Number: ▆▆▆▆

**Summit Trust Company As Custodian Of
The Port Royal NC Mutual Reassurance
Trust Custody**

From 8/16/2016 To 9/8/2016

## Statement of Assets

| Symbol | Asset Description | Units/Shares or Face Value | Unit Price | Total Cost | Market Value |
|---|---|---|---|---|---|
| 500 Money Market Funds | | | | | |
| FED POP | Federated Prime Obligations CL SS #396 | 12,609.9600 | $1.00 | $12,609.96 | $12,609.96 |
| | | | Total: | $12,609.96 | $12,609.96 |
| 640 Loans & Notes Receivable | | | | | |
| TalkingCap | Talking Capital, LLC Quarterly Interest 10% | 1.0000 | $0.00 | $700,000.00 | $700,000.00 |
| | | | Total: | $700,000.00 | $700,000.00 |
| Cash | | | | | |
| | Cash | | | $0.00 | $0.00 |
| Grand Total | | | | $712,609.96 | $712,609.96 |

\* All or part of value is unknown.



For the Account of:
Account Number: ███

Summit Trust Company As Custodian Of
The Port Royal NC Mutual Reassurance
Trust Custody

From 8/16/2016 To 9/8/2016

## Statement of Transactions

| Date | Transaction Description | Units | Cash Change | Investment Change |
|------|-------------------------|-------|-------------|-------------------|
|      | Payee                   |       |             |                   |

* All or part of value is unknown.