North Carolina Mutual Life Insurance Company, et. al., Plaintiff(s)
vs.
Stamford Brook Capital L.L.C., et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 142622-0005

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Steven W. Fickes, President, Port Royal Reassurance
Company, SPC Ltd.
Court Case No. 1:16cv1174

WILLIAMS, MULLEN, ET AL.
Ms. Kitty Bice
200 S. 10th St., Ste. 1600
Richmond, VA 23219

State of: District of Columbia ) ss.
County of: Washington )

Name of Server: Jason Grob , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the 29th day of September, 20 16, at 1:22 o'clock P M

Place of Service: at 8600 Country Club Drive, in Bethesda, MD 20817

Documents Served: the undersigned served the documents described as:
Summons; Notice of Right to Consent; Consent of Jurisdiction by a U.S. Magistrate Judge Complaint and Motion for Preliminary Injunction and Memorandum in Support
Mediators List

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Steven W. Fickes, President, Port Royal Reassurance Company, SPC Ltd.

Person Served, and Method of Service:
X By personally delivering them into the hands of the person to be served.
. By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Steven W. Fickes, President, Port Royal Reassurance Company, SPC Ltd. at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair _____
Approx. Age 66 ; Approx. Height 5'9" ; Approx. Weight 160

x. To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 30th day of September, 20 16

(Commission Expires)

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2019

**EXHIBIT**
G