IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Case No. 1:16-cv-1174

| | |
|---|---|
| NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY, a North Carolina corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STAMFORD BROOK CAPITAL, LLC, a Delaware limited liability company, *et al.*<br><br>Defendants. | **MOTION TO DISMISS**<br>**Rules 9(b) and 12(b)(6)** |

Defendants Forefront Capital Holdings, LLC; Stamford Brook Capital, LLC; Bradley Cole Reifler; and Michael Flatley (collectively, the "Forefront Defendants") hereby move, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss certain claims against them for failure to state a claim upon which relief can be granted. Specifically, the Forefront Defendants seek dismissal of Count IV (Breach of Fiduciary Duty), Count V (Constructive Fraud), Count VI (Actual Fraud), and Count VII (Unfair and Deceptive Trade Practices). The accompanying memorandum sets forth the arguments and authorities supporting this motion.

# 5646696_1.Docx

This the 26th day of October, 2016.

        SMITH, ANDERSON, BLOUNT, DORSETT,
        MITCHELL & JERNIGAN, LLP

        /s/ J. Mitchell Armbruster_____
        James K. Dorsett, III
        N.C. State Bar Number 7695
        Email: jdorsett@smithlaw.com
        J. Mitchell Armbruster
        Email: marmbruster@smithlaw.com
        N.C. State Bar Number 26422
        P.O. Box 2611
        Raleigh, NC 27602-2611
        Telephone: (919) 821-1220
        Facsimile: (919) 821-6800
        *Attorneys for Defendants*
        *Forefront Capital Holdings, LLC*
        *Stamford Brook Capital, LLC*
        *Bradley Cole Reifler*
        *Michael Flatley*

# CERTIFICATE OF SERVICE

I hereby certify that on October 26th, 2016, I electronically filed the foregoing document with the Clerk using the CM/ECF system which will send notification to counsel of record as follows:

M. Keith Kapp
Aaron G. Spencer
Williams Mullen
301 Fayetteville St., Suite 1700
Raleigh, NC 27601
Telephone: 919-981-4024
Fax: 919 981-4300
Email: kkapp@williamsmullen.com.com
agspencer@williamsmullen.com

This the 26th day of October, 2016.

                                        SMITH, ANDERSON, BLOUNT, DORSETT,
                                        MITCHELL & JERNIGAN, LLP

                                        /s/ J. Mitchell Armbruster_____
                                        James K. Dorsett, III
                                        N.C. State Bar Number 7695
                                        Email: jdorsett@smithlaw.com
                                        J. Mitchell Armbruster
                                        Email: marmbruster@smithlaw.com
                                        N.C. State Bar Number 26422
                                        P.O. Box 2611
                                        Raleigh, NC  27602-2611
                                        Telephone:  (919) 821-1220
                                        Facsimile:  (919) 821-6800
                                        *Attorneys for Defendants*
                                        *Forefront Capital Holdings, LLC*
                                        *Stamford Brook Capital, LLC*
                                        *Bradley Cole Reifler*
                                        *Michael Flatley*