# EXHIBIT H

REDACTED

**From:** Steven Fickes [mailto:sfickes@raedelfs.com]
**Sent:** Monday, July 27, 2015 12:04 PM
**To:** 'Peterson, Heidi'
**Cc:** Margaret Leszczynska
**Subject:** Final Accounting

Heidi,

Attached is a spreadsheet which shows the final accounting between Markel, Port Royal and North Carolina Mutual.

Last week Port Royal wired the entire $301,401.02 to North Carolina Mutual. So the net due Port Royal from Markel is $47,608.77.

Additionally note that the wire instructions are shown on the third tab of the attached spreadsheet.

Finally, I will send you the note on the potential federal excise issue later today.

Steve
301-469-7600

---

This message is confidential and sent by Forefront Capital solely for use by the intended recipient. If you are not the intended recipient, you are hereby notified that any use, distribution or copying of this communication is strictly prohibited. This communication should not be deemed as an offer or solicitation to buy or sell any product. Any 3rd party information contained herein was prepared by sources deemed to be reliable, but is not guaranteed. All electronic communications sent or received are stored and may be subject to review by regulatory authorities or others with a legal right to do so. All communications requiring immediate attention or action by the advisor should not be sent via e-mail, since they may not be acted upon in a timely manner. Forefront Capital Management, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration requirements.

42,185.00

**Quarterly Settlement**

| Item | | | | | Notes |
|---|---|---|---|---|---|
| Premium income | | | 31,604.36 | | Due after 9/30/03 and collected 9/30/05 - 12/31/13 |
| Waived premium | | | 32,214.00 | | |
| Total premium | | | | 63,818.36 | |
| | | | | | Includes PUAs paid for with dividends |
| Death claims | | | | | Incurred after 9/30/05 and paid 9/30/03 - 12/31/13 |
| Paid 2q15 | | 124,147.10 | | | |
| Incurred before 4Q03 | | 0.00 | | | |
| | | | 124,147.10 | | |
| Maturities | | | 4,466.00 | | Incurred after 9/30/03 and paid 9/30/05 - 12/31/13 |
| Cash surrenders | | | 51,352.85 | | |
| Total Benefits | | | | 179,965.95 | |
| Renewal allowances | | | | | |
| I Premium allowance | PremExp | | 2,233.45 | | |
| ii Policy allowance | PPExp/PUExp | | 152,923.00 | | |
| iii Reserve allowance | | | 30,096.98 | | |
| iv Reinsured dividends | | | 0.00 | | All dividends for the period, including amounts used to by PUA |
| | | | | 185,253.43 | |
| Cash dividends paid | | | 0.00 | | Includes dividends used to buy PUA<br>Includes amounts applied as premium discount if premium income is gross |
| Total Expenses | | | | 365,219.38 | |
| **Net amount due to (from) NCM** | | | | | 301,401.02 <= Amount to NCM per Quartely distribution worksheet |

REDACTED

**From:** Steven Fickes [mailto:sfickes@raedelfs.com]
**Sent:** Tuesday, October 13, 2015 9:27 AM
**To:** Margaret Leszczynska
**Cc:** Michael Flatley
**Subject:** Wire

Margaret,

Please send a wire in the amount of $327,070.71 to North Carolina Mutual's account for settlement of the third quarter 2015.

Instructions are attached.

Please confirm when this is done.

Steve
301-469-7600

---

This message is confidential and sent by [illegible] Capital solely for use by the intended recipient. If you are not the intended recipient, you are hereby notified that any use, distribution or copying of this communication is strictly prohibited. This communication should not be deemed as an offer or solicitation to buy or sell any product. Any 3rd party information contained herein was prepared by sources deemed to be reliable, but is not guaranteed. All electronic communications sent or received are stored and may be subject to review by regulatory authorities or others with a legal right to do so. All communications requiring immediate attention or action by the adviser should not be sent via e-mail, since they may not be acted upon in a timely manner. [illegible] Capital Management, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration requirements.



North Carolina Mutual
LIFE INSURANCE COMPANY

411 West Chapel Hill Street ■ Durham, North Carolina 27701
www.ncmutuallife.com

## Wire Transfer / EFT Instructions

Effective January 1, 2009

Please provide your financial institution with the following information when making a wire transfer or ACH/EFT to North Carolina Mutual Life Insurance Company.

**NC Mutual Life Insurance Company Bank:**
Mechanics & Farmers Bank
2634 Durham-Chapel-Hill Blvd
Durham, NC 27707

**Account Name:**
NC Mutual Life Insurance Company
General Account
411 W. Chapel Hill St
Durham, NC 27701

**Account Number:**
1100367801

**Routing/Transit Number:**
053100452

REDACTED

**From:** Steven Fickes [mailto:sfickes@raedelfs.com]
**Sent:** Friday, January 22, 2016 10:36 AM
**To:** Margaret Leszczynska
**Subject:** Payment

Margaret,

Attached are two items requiring payments from the Port Royal accounts.

*The first is the 4th quarter statement from NCM. It requires a payment from the reinsurance account in the amount of $303,059.23.*

I have summarized the reinsurance accounting at the bottom of the statements page.

For the quarter premiums less claims less expense allowances amounted to the $303,059.23.

For the quarter reserves also went down by $103,059.80 this amount is in favor of Port Royal.

Finally, based on the asset list provided investment income should have been $774,681 for the quarter.

Therefore, before the cost of capital Port Royal's earning for the quarter were $549,681.70. This assumes $25 thousand in actual direct operating expense for Port Royal.

After the cost of capital, the $6 million. The profit for the quarter would have been $429,681.70. This assumes a cost for capital of 8.0% annually.

*The second item is the invoice from our off shore management company. This invoice is in the amount of $10,298.78.*

Please let me know if you have any questions.

*Steven*
*301-469-7600*



# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2016 | 1922 |

Bill To

Port Royal Reassurance
Company SPC, Limited
PO Box 1085
Grand Cayman, KY1-1102
Cayman Islands

| PROFESSIONAL SERVICES | AMOUNT USD |
|---|---|
| Management Fees for Jan - Mar 2016 | 8,750.00 |
| Communication Fees | 111.59 |
| Printing & Postage | 125.00 |
| Government Filing Fees | 1,312.19 |
| | TOTAL USD $10,298.78 |

WIRE DETAILS:

Correspondant Bank: Bank of NY
ABA: 021000018
SWIFT: IRVTUS3N

For Credit To: Butterfield Bank (Cayman Limited)
Account: 8033265086

For Final Credit: USA Risk Group (Cayman) Limited
Account: 01101037158

Cheques should be made payable to USA Risk Group (Cayman) Limited

**Quarterly Settlement** 12/31/2015

| Item | | | | | Notes |
|---|---|---|---|---|---|
| Premium income | | | 30,598.42 | | Due after 9/30/03 and collected 9/30/05 - 12/31/13 |
| Waived premium | | | 28,856.01 | | |
| Total premium | | | | 59,454.43 | |
| | | | | | Includes PUAs paid for with dividends |
| Death claims | | | | | Incurred after 9/30/05 and paid 9/30/03 - 12/31/13 |
| Paid 4q15 | | 107,014.28 | | | |
| Incurred before 4Q03 | | - | | | |
| | | | 107,014.28 | | |
| Maturities | | | 30,284.28 | | Incurred after 9/30/03 and paid 9/30/05 - 12/31/13 |
| Cash surrenders | | | 44,713.88 | | |
| Total Benefits | | | | 182,012.44 | |
| Renewal allowances | | | | | |
| I Premium allowance | PremExp | | 2,080.41 | | |
| ii Policy allowance | PPExp/PUExp | | 148,763.50 | | |
| iii Reserve allowance | | | 29,657.31 | | |
| iv Reinsured dividends | | | - | | All dividends for the period, including amounts used to by PUA |
| | | | | 180,501.22 | |
| Cash dividends paid | | | - | | Includes dividends used to buy PUA<br>Includes amounts applied as premium discount if premium income is gross |
| Total Expenses | | | | 362,513.66 | |
| Net amount due to (from) NCM | | | | | 303,059.23 Amount due NCM |

| | |
|---|---|
| 33,605,007.69 | Reserves EOP |
| 33,708,067.50 | Reserves EOP |
| (103,059.80) | Reserve change for Period |
| 420,706.72 | Imputed Investment Income at 5.0% |
| 220,707.29 | PORT ROYAL GAIN or (LOSS) for PERIOD |

# REDACTED

**From:** Steven Fickes [mailto:sfickes@raedelfs.com]
**Sent:** Thursday, April 21, 2016 2:55 PM
**To:** Michael Flatley
**Cc:** Margaret Leszczynska
**Subject:** 1st Quarter

M[2],

See attached.

Steve

---

This message is confidential and sent by [illegible] Capital solely for use by the intended recipient. If you are not the intended recipient, you are hereby notified that the use, distribution or copying of this communication is strictly prohibited. This communication should not be deemed as an offer or solicitation to buy or sell any product. Any 3rd party information contained herein was prepared by sources deemed to be reliable, but is not guaranteed. All electronic communications sent or received are stored and may be subject to review by regulatory authorities or others with a legal right to do so. All communications requiring immediate attention or action by the advisor should not be sent via e-mail since they may not be acted upon in a timely manner. [illegible] Capital Management, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration requirements.

3/31/2016

**Quarterly Settlement - North Carolina Mutual Life Insurance Company and Port Royal Reassurance Company, Limited**

| Item | | | | | | Notes |
|---|---|---|---|---|---|---|
| Premium income | | | 34,734.98 | | | Due after 9/30/03 and collected 9/30/05 - 12/31/13 |
| Waived premium | | | 31,464.28 | | | |
| Total premium | | | | 66,199.26 | | |
| | | | | | | Includes PUAs paid for with dividends |
| Death claims | | | | | | Incurred after 9/30/05 and paid 9/30/03 - 12/31/13 |
| Paid 1q16 | | 132,653.95 | | | | |
| Incurred before 4Q03 | | - | | | | |
| | | | 132,653.95 | | | |
| Maturities | | | 20,796.38 | | | Incurred after 9/30/03 and paid 9/30/05 - 12/31/13 |
| Cash surrenders | | | 38,900.62 | | | |
| Total Benefits | | | | 192,350.95 | | |
| Renewal allowances | | | | | | |
| i Premium allowance | PremExp | | 2,316.67 | | | |
| ii Policy allowance | PPExp/PUExp | | 146,648.50 | | | |
| iii Reserve allowance | | | 29,417.22 | | | |
| iv Reinsured dividends | | | - | | | All dividends for the period, including amounts used to by PUA |
| | | | | 178,382.39 | | |
| Cash dividends paid | | | - | | | Includes dividends used to buy PUA<br>Includes amounts applied as premium discount if premium income is gross |
| Total Expenses | | | | 370,733.34 | | |
| **Net amount due to (from) NCM** | | | | | 304,534.08 | |

REDACTED

**From:** Steven Fickes [mailto:sfickes@raedelfs.com]
**Sent:** Wednesday, July 27, 2016 11:38 AM
**To:** Margaret Leszczynska
**Subject:** RE: NCM Second quarter settlement

Sorry!

It is good to have you back.

Steve

**From:** Margaret Leszczynska [mailto:margaretl@forefrontgroup.com]
**Sent:** Wednesday, July 27, 2016 11:16 AM
**To:** Steven Fickes
**Cc:** Michael Flatley
**Subject:** RE: NCM Second quarter settlement

No attachment. I will send the payment from the reinsurance account.
Thank you
Margaret

**From:** Steven Fickes [mailto:sfickes@raedelfs.com]
**Sent:** Wednesday, July 27, 2016 11:07 AM
**To:** Margaret Leszczynska
**Cc:** Michael Flatley
**Subject:** NCM Second quarter settlement

Margaret,

Attached is the reinsurance accounting from North Carolina Mutual. For the second quarter we owe them $288,789.03.

Can please see that it gets paid from the reinsurance trust account.

Steve

This message is confidential and sent by Forefront Capital solely for use by the intended recipient. If you are not the intended recipient, you are hereby notified that any use, distribution or copying of this communication is strictly prohibited. This communication should not be deemed as an offer or solicitation to buy or sell any product. Any 3rd party information contained herein was prepared by sources deemed to be reliable, but is not guaranteed. All electronic communications sent or received are stored and may be subject to review by regulatory authorities or others with a legal right to do so. All communications requiring immediate attention or action by the adviser should not be sent via e-mail, since they may not be acted upon in a timely manner. Forefront Capital Management, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration requirements

This message is confidential and sent by Forefront Capital solely for use by the intended recipient. If you are not the intended recipient, you are hereby notified that any use, distribution or copying of this communication is strictly prohibited. This communication should not be deemed as an offer or solicitation to buy or sell any product. Any 3rd party information contained herein was prepared by sources deemed to be reliable, but is not guaranteed. All electronic communications sent or received are stored and may be subject to review by regulatory authorities or others with a legal right to do so. All communications requiring immediate attention or action by the adviser should not be sent via e-mail, since they may not be acted upon in a timely manner. Forefront Capital Management, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration requirements

Quarterly Settlement — 6 30 2016

| | | | | | | |
|---|---|---|---|---|---|---|
| Premium income | | | 29,676.52 | | | Due after 9 30 03 and collected 9 30 03 - 12 31 13 |
| Waived premium | | | 28,962.11 | | | |
| Total premium | | | | 58,638.63 | | |
| | | | | | | Includes PUAs paid for with dividends |
| Death claims | | | | | | Incurred after 9 30 03 and paid 9 30 03 - 12 31 13 |
| Paid 2q16 | | 116,622.71 | | | | |
| Incurred before 4Q03 | | - | | | | |
| | | | 116,622.71 | | | |
| Maturities | | | 8,391.27 | | | Incurred after 9 30 03 and paid 9 30 03 - 12 31 13 |
| Cash surrenders | | | 46,753.89 | | | |
| Total Benefits | | | | 171,767.87 | | |
| Renewal allowances | | | | | | |
| i Premium allowance | PremExp | | 3,051.27 | | | |
| ii Policy allowance | PPExp/PUExp | | 144,414.73 | | | |
| iii Reserve allowance | | | 29,192.77 | | | |
| iv Reinsured dividends | | | - | | | All dividends for the period, including amounts used to by PUA |
| | | | | 175,659.79 | | |
| Cash dividends paid | | | - | | | Includes dividends used to buy PUA<br>Includes amounts applied as premium discount if premium income is gross |
| Total Expenses | | | | 347,427.66 | | |
| Net amount due to (from) NCM | | | | | 288,789.03 | |

MAXRE
Valuation Date: December 31, 2003

| | |
|---|---|
| Face Amount | |
| Premium Paying | |
| Normal Paid Up | |
| RPU | |
| ETI | |
| PUA | |
| Total (Count excludes PUA) | |
| Check | |
| | |
| Due and Unpaid Matured Endowment | |
| Reserve | |
| Face Amount | |
| Cash Value | |
| | |
| Premium | |
| Paid Premium | |
| Waived premium | |
| Due Premium | |
| Def premium | |
| Advance Premium | |
| | |
| Cash Value | |
| Premium Paying | |
| Normal Paid Up | |
| RPU | |
| ETI | |
| PUA | |
| Total (Count Excludes PUA) | |
| | |
| Reserve | |
| Premium Paying | |
| Normal Paid Up | |
| Reduced Paid Up | |
| ETI | |
| PUA | |
| Total | |
| Check | |
| | |
| Claim Reserves | |
| IBNR | |
| Pending clm | |
| Due & unpaid matured endowment | |
| Total | |
| | |
| Tax Reserves | |
| Premium Paying | |
| Normal Paid Up | |
| Reduced Paid Up | |
| ETI | |
| PUA | |
| Total | |
| Check | |
| | |
| Disbursement | |
| Death | |
| Maturity | |
| Surrender | |
| Cash for dividend option | |
| | |
| Death Claim | |
| Face Amount | |
| Refund of Premium | |
| PUA | |
| Interest | |
| | |
| Dividend | |
| Deposit for the quarter | |
| Interest earned | |
| Total Deposit with interest | |
| PUA | |

10/19/[illegible]\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\A1DZNEXP\NCM MaxRe Calculation 033016_MaxRe_DC.xls OF 2