# Exhibit

# 9



# Complaint Referral Form
## Internet Crime Complaint Center

**Victim Information**

Name: Brad Reifler
Business Name: Forefront Group
Age: 50 - 59
Address: 7 Time Square Tower
Address (continued):
Suite/Apt./Mail Stop: 37th floor
City: New York
County:
Country: United States of America
State: New York
Zip Code/Route: 10036
Phone Number: 2126078128
Email Address: breifler@forefrontgroup.com
Business IT POC, if applicable:
Other Business POC, if applicable:

**Financial Transaction(s)**

Name: Brad Reifler

Transaction Type: Other
If other, please specify: fraudelent corporate contracts
Transaction Amount: $34000000.00
Transaction Date: 5/24/2015

Victim Bank Name:
Victim Bank Address: New York
Victim Bank Address (continued):
Victim Bank Suite/Mail Stop:
Victim Bank City:
Victim Bank Country: [None]
Victim Bank State [None]
Victim Bank Zip Code/Route:
Victim Name on Account:
Victim Account Number:

Recipient Bank Name:
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: [None]
Recipient Bank State [None]

Recipient Bank Zip Code/Route:
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

My company, Forefront Group, has been the victim of false(forged) contracts that were made to appear as though they had come from my firm. These contracts made my firm responsible for 34M of investments made on behalf of North Carolina Mutual (the oldest African American financial firm in the US). North Carolina Mutual appointed an advisor/controller of the life insurance reserve portfolio (Port Royal North Carolina Mutual Reassurance Trust) the sole member being Steve Fickes.

8600 Country Club Drive
Bethesda, Maryland 20817
Phone: 301-469-7600
Cell: 703-963-2149

My firm invested in Port Royal so they could acquire the portfolio. Forefront would provide investment ideas and share in the interest income. (This would allow the repayment/repurchase of the stock and be a profitable business for both parties.

Steve Fickes did not follow the North Carolina Statutes and in an effort to cover his mistakes presented a false portfolio and created documents that made Forefront liable for all of Port Royal's actions.
The first false document was from me to the then CEO of North Carolina Mutual, James Speed, outlining the contractual agreement that I had with Port Royal/NCM.dono (Port Royal North Carolina Mutual ...
The other fraudulent document gave me signing authority on behalf of Port Royal. The third document is the investment advisory agreement that specified all the roles and responsibilities.
ALL the documents above have my forged signature and the documents were sent to others as if they were coming from my computer as well as other colleagues within my firm.

Which of the following were used in this incident? (Check all that apply.)
☑ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☐ Other    Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Steve Fickes
Business Name:

Address: 8600 Country Club Drive
Address (continued):
Suite/Apt./Mail Stop:
City: Bethesda;MD
Country: United States of America
State: [None]
Zip Code/Route: 20817
Phone Number: 3014697600
Email Address: sfickes@raedelfs.com
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

I do not know how to attach these? Please send me an email and I will attach the emails including the fraudulent documents

Are there any other witnesses or victims to this incident?

other recipients of the fraudulent email

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Brad Reifler

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*