# Exhibit

# 13

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌜UCC eZFILE

2020 Hurley Way

Sacramento, CA 95825

⌞

Draft

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 700 Atlantic Equities, LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION New York | 1g. ORGANIZATIONAL ID #, if any 4167023 | ☐ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Port Royal Reassurance Company SPC, Limited | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 113 South Church Street | Grand Cayman | | KY1 | CYM |

4. This FINANCING STATEMENT covers the following collateral:

As security for the Outstanding Indebtness the Assignor, as beneficial owner, does hereby agree to assign, pledge, hypothecate, transfer set over and deliver to the Recipients, and does hereby grant a first priority security interest in, to and under the Receivable to Recipients absolutely, with all its rights, titles, interests and benefits present and future of the monies derived from 700-714 Atlantic Avenue.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |
| NY | | | | | | |

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

| Customer: | Alisa Rusanoff | Report Date: | 07/15/2016 |
|---|---|---|---|
| | Forefront Capital | Work Order No: | 59416-3232 |
| | Times Square Tower | Customer Ref No: | None Provided |
| | 7 Times Square, 37th Floor | | |
| | New York, New York 10036 | | |

**Note:**
Disclaimer: This form was filed in accordance with our client's explicit instructions. Although TRIAD performs a cursory review of the content of the form and the filing location specified and may make suggestions about such content or location, it is expressly understood that our client is fully responsible for the accuracy, completeness and legality of such content and the legal determination of the proper filing location.

Triad's UCC eZFILE program allows you to file UCC's electronically in 44 states. Receive your filings in minutes or hours and eliminate costly overnight charges and reduce statutory filing fees. It is completely automated, saving you time and reducing your risk of error by allowing you to create libraries of information to eliminate repetitive typing. Simply select the jurisdiction, begin typing and watch as UCC eZFILE automatically fills the data fields specific to the selected jurisdictional requirements. No rejected filings. No hassle.

The state-of-the-art single screen format makes UCC eZFILE simple and easy to use. Manage your collateral lists, address lists and continuations your own way with UCC eZFILE, the user-friendly choice for completing UCC Filings online.

Contact your TRIAD Service Rep today at 877-805-6723 to get started.

---

## DOCUMENT FILING

| Entity | Document | Jurisdiction |
|---|---|---|
| JS Berry Street LLC | UCC Financing Statement – State Level | Delaware |
| WB Berry Street LLC | UCC Financing Statement – State Level | Delaware |
| WB 41 Mercer LLC | UCC Financing Statement – State Level | Delaware |

Triad Professional Services makes no representations, warranties or guaranties as to the accuracy or completeness of this report. Inasmuch as the verification of the files and information therein lies with the filing officer, we accept no liability for errors or omissions. Our involvement is limited to assisting in expediting the filing of this information only.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
(800) 447-6237

**B. E-MAIL CONTACT AT FILER (optional)**
UCCFILINGS@CLASINFO.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

> UCC EEFILE
>
> 2020 HURLEY WAY
>
> SACRAMENTO, CA 95825
>
> US

Delaware Department of State
U.C.C. Filing Section
Filed: 05:36 PM 07/13/2016
U.C.C. Initial Filing No: 2016 4231880

Service Request No:  20164899551

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| JS BERRY STREET LLC |  |  |  |  |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) |  | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 TIMES SQUARE, 37TH FLOOR | NEW YORK | NY | 10036 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) |  | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| PORT ROYAL CAROLINA MUTUAL REASSURANCE TRUST |  |  |  |  |
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) |  | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 TIMES SQUARE, 37TH FLOOR | NEW YORK | NY | 10036 | US |

**4. COLLATERAL:** This financing statement covers the following collateral
Collateral Description - please see attached

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7.** ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
DE SOS

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators

Case 1:16-cv-01174-LCB-JEP   Document 118-13   Filed 10/01/18   Page 4 of 21

Collateral: 30% pledge of Pledgor's membership interests in the Company; (a) a continuing first priority lien on and security interest in Pledgor's right, title and interest in and to the Interests and in connection therewith; (b) all ownership interests, membership interests, limited liability company interests, shares, securities, moneys, instruments or property representing a dividend, a distribution or return of capital upon or in respect of the Interests, or otherwise received in exchange therefor, and any membership interest certificates, limited liability company interest certificates, warrants, rights or options issued to the holders of, or otherwise in respect of, the Interests; (c) all rights, privileges, authority and power arising from Pledgor's interest the Interest or which Pledgor otherwise has or may have with respect to the Interest, and all rights, privileges, authority and power of Pledgor under the Company Operating Agreement or any other agreement or instrument relating to the Interests, in each case including, without limitation, (i) all rights of Pledgor to receive moneys or distributions with respect to the Interests due and to become due under or pursuant to the Company Operating Agreement, (ii) all rights of Pledgor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to the Interests, (iii) all claims of Pledgor for damages arising out of, or for breach of or default under, the Company Operating Agreement, to the extent the same pertain to the Interest, (iv) any right of Pledgor to perform under the Company Operating Agreement and to compel performance and otherwise exercise all rights and remedies thereunder, to the extent the same pertain to the Interests, (v) all rights of Pledgor to receive the profits and the losses allocable to the Interests, (vi) all rights of Pledgor to receive distributions of the Company's assets, to the extent allocable to the Interest and (vii) all of Pledgor's economic rights, voting rights, consent rights, management rights, control rights, rights to status as a member, and rights to receive information under the Company Operating Agreement or otherwise, in each case to the extent arising by virtue of the Interests; (d) all "documents", "accounts", "chattel paper," "general intangibles", "instruments," "securities," "financial assets" and "investment property" constituting the Collateral; and (e) all proceeds of the property of Pledgor described in clauses (a) through (d) above.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825 ⌐

Draft

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JS Berry Street LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Port Royal Carolina Mutual Reassurance Trust | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Collateral: 30% pledge of Pledgor's membership interests in the Company; (a) a continuing first priority lien on and security interest in Pledgor's right, title and interest in and to the Interests and in connection therewith; (b) all ownership interests, membership interests, limited liability company interests, shares, securities, moneys, instruments or property representing a dividend, a distribution or return of capital upon or in respect of the Interests, or otherwise received in exchange therefor, and any membership interest certificates, limited liability company interest certificates, warrants, rights or options issued to the holders of, or otherwise in respect of, the Interests; (c) all rights, privileges, authority and power arising from Pledgor's interest the Interest or which Pledgor otherwise has or may have with respect to the Interest, and all rights, privileges, authority and power of Pledgor under the Company Operating Agreement or any other agreement or instrument relating to the Interests, in each case including, without limitation, (i) all rights of Pledgor to receive moneys or distributions with respect to the Interests due and to become due under or pursuant to the Company Operating Agreement, (ii) all rights of Pledgor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE SOS

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| JS Berry Street LLC |

OR

| 9b. INDIVIDUAL'S SURNAME |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |

OR

| 10b. INDIVIDUAL'S SURNAME | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
the Interests, (iii) all claims of Pledgor for damages arising out of, or for breach of or default under, the Company Operating Agreement, to the extent the same
pertain to the Interest, (iv) any right of Pledgor to perform under the Company Operating Agreement and to compel performance and otherwise exercise all
rights and remedies thereunder, to the extent the same pertain to the Interests, (v) all rights of Pledgor to receive the profits and the losses allocable to the
Interests, (vi) rights of Pledgor to receive distributions of the Company's assets, to the extent allocable to the Interest and (vii) all of Pledgor's economic
rights, voting rights, consent rights, management rights, control rights, rights to status as a member, and rights to receive information under the Company
Operating Agreement or otherwise, in each case to the extent arising by virtue of the Interests; (d) all "documents", "accounts", "chattel paper," "general
intangibles", "instruments."

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

## COLLATERAL DESCRIPTION, CONTINUED

NAME OF FIRST DEBTOR (same as 1a or 1b)

Organization's Name

OR JS Berry Street LLC

Individual Last Name     First Name        Middle Name

"securities," "financial assets" and "investment property" constituting the Collateral; and (e) all proceeds of the property of Pledgor described in clauses (a) through (d) above.



# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
(800) 447-6237

**B. E-MAIL CONTACT AT FILER (optional)**
UCCFILINGS@CLASINFO.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

UCC EEFILE

2020 HURLEY WAY

SACRAMENTO, CA 95825

US

Delaware Department of State
U.C.C. Filing Section
Filed: 06:04 PM 07/13/2016
U.C.C. Initial Filing No: 2016 4232920

Service Request No: 20164900128

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WB BERRY STREET LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 TIMES SQUARE, 37TH FLOOR | NEW YORK | NY | 10036 | US |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PORT ROYAL CAROLINA MUTUAL REASSURANCE TRUST | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 TIMES SQUARE, 37TH FLOOR | NEW YORK | NY | 10036 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
Collateral Description - please see attached

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| **6a.** Check <u>only</u> if applicable and check <u>only</u> one box: | | | **6b.** Check <u>only</u> if applicable and check <u>only</u> one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
DE SOS

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Collateral: 30% pledge of Pledgor's membership interests in the Company; (a) a continuing first priority lien on and security interest in Pledgor's right, title and interest in and to the Interests and in connection therewith; (b) all ownership interests, membership interests, limited liability company interests, shares, securities, moneys, instruments or property representing a dividend, a distribution or return of capital upon or in respect of the Interests, or otherwise received in exchange therefor, and any membership interest certificates, limited liability company interest certificates, warrants, rights or options issued to the holders of, or otherwise in respect of, the Interests; (c) all rights, privileges, authority and power arising from Pledgor's interest the Interest or which Pledgor otherwise has or may have with respect to the Interest, and all rights, privileges, authority and power of Pledgor under the Company Operating Agreement or any other agreement or instrument relating to the Interests, in each case including, without limitation, (i) all rights of Pledgor to receive moneys or distributions with respect to the Interests due and to become due under or pursuant to the Company Operating Agreement, (ii) all rights of Pledgor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to the Interests, (iii) all claims of Pledgor for damages arising out of, or for breach of or default under, the Company Operating Agreement, to the extent the same pertain to the Interest, (iv) any right of Pledgor to perform under the Company Operating Agreement and to compel performance and otherwise exercise all rights and remedies thereunder, to the extent the same pertain to the Interests, (v) all rights of Pledgor to receive the profits and the losses allocable to the Interests, (vi) all rights of Pledgor to receive distributions of the Company's assets, to the extent allocable to the Interest and (vii) all of Pledgor's economic rights, voting rights, consent rights, management rights, control rights, rights to status as a member, and rights to receive information under the Company Operating Agreement or otherwise, in each case to the extent arising by virtue of the Interests; (d) all "documents", "accounts", "chattel paper," "general intangibles", "instruments," "securities," "financial assets" and "investment property" constituting the Collateral; and (e) all proceeds of the property of Pledgor described in clauses (a) through (d) above.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

⌐ UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825 ⌐

Draft

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WB Berry Street LLC | | | | |

| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Port Royal Carolina Mutual Reassurance Trust | | | | |

| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Collateral: 30% pledge of Pledgor's membership interests in the Company; (a) a continuing first priority lien on and security interest in Pledgor's right, title and interest in and to the Interests in connection therewith; (b) all ownership interests, membership interests, limited liability company interests, shares, securities, moneys, instruments or property representing a dividend, a distribution or return of capital upon or in respect of the Interests, or otherwise received in exchange therefor, and any membership interest certificates, limited liability company interest certificates, warrants, rights or options issued to the holders of, or otherwise in respect of, the Interests; (c) all rights, privileges, authority and power arising from Pledgor's interest the Interest or which Pledgor otherwise has or may have with respect to the Interest, and all rights, privileges, authority and power of Pledgor under the Company Operating Agreement or any other agreement or instrument relating to the Interests, in each case including, without limitation, (i) all rights of Pledgor to receive moneys or distributions with respect to the Interests due and to become due under or pursuant to the Company Operating Agreement, (ii) all rights of Pledgor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to

---

| 5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| **6a.** Check <u>only</u> if applicable and check <u>only</u> one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | **6b.** Check <u>only</u> if applicable and check <u>only</u> one box: ☐ Agricultural Lien ☐ Non-UCC Filing | |
| **7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer | ☐ Bailee/Bailor ☐ Licensee/Licensor | |

**8. OPTIONAL FILER REFERENCE DATA:**
DE SOS

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a ORGANIZATION'S NAME
WB Berry Street LLC

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                     SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                     SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
the Interests, (iii) all claims of Pledgor for damages arising out of, or for breach of or default under, the Company Operating Agreement, to the extent the same pertain to the Interest, (iv) any right of Pledgor to perform under the Company Operating Agreement and to compel performance and otherwise exercise all rights and remedies thereunder, to the extent the same pertain to the Interests, (v) all rights of Pledgor to receive the profits and the losses allocable to the Interests, (vi) all rights of Pledgor to receive distributions of the Company's assets, to the extent allocable to the Interest and (vii) all of Pledgor's economic rights, voting rights, consent rights, management rights, control rights, rights to status as a member, and rights to receive information under the Company Operating Agreement or otherwise, in each case to the extent arising by virtue of the Interests; (d) all "documents", "accounts", "chattel paper," "general intangibles", "instruments,"

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

**COLLATERAL DESCRIPTION, CONTINUED**
NAME OF FIRST DEBTOR (same as 1a or 1b)
   Organization's Name

OR  WB Berry Street LLC

   Individual Last Name      First Name          Middle Name



"securities," "financial assets" and "investment property" constituting the Collateral; and (e) all proceeds of the property of Pledgor described in clauses (a) through (d) above.










## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
(800) 447-6237

**B. E-MAIL CONTACT AT FILER (optional)**
UCCFILINGS@CLASINFO.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UCC EZFILE
2020 HURLEY WAY
SACRAMENTO, CA 95825
US

Delaware Department of State
U.C.C. Filing Section
Filed: 05:59 PM 07/13/2016
U.C.C. Initial Filing No: 2016 4232755

Service Request No: 20164900012

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| WB 41 MERCER LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 TIMES SQUARE, 37TH FLOOR | NEW YORK | NY | 10036 | US |

**2. DEBTOR'S NAME** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name; name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only <u>one</u> Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| PORT ROYAL CAROLINA MUTUAL REASSURANCE TRUST | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 TIMES SQUARE, 37TH FLOOR | NEW YORK | NY | 10036 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
Collateral Description - please see attached

---

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
DE SOS

International Association of Commercial Administrators

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Collateral: 100% pledge of Pledgor's membership interests in the Company (representing 50% of total membership interest); (a) a continuing first priority lien on and security interest in Pledgor's right, title and interest in and to the Interests and in connection therewith; (b) all ownership interests, membership interests, limited liability company interests, shares, securities, moneys, instruments or property representing a dividend, a distribution or return of capital upon or in respect of the Interests, or otherwise received in exchange therefor, and any membership interest certificates, limited liability company interest certificates, warrants, rights or options issued to the holders of, or otherwise in respect of, the Interests; (c) all rights, privileges, authority and power arising from Pledgor's interest the Interest or which Pledgor otherwise has or may have with respect to the Interest, and all rights, privileges, authority and power of Pledgor under the Company Operating Agreement or any other agreement or instrument relating to the Interests, in each case including, without limitation, (i) all rights of Pledgor to receive moneys or distributions with respect to the Interests due and to become due under or pursuant to the Company Operating Agreement, (ii) all rights of Pledgor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to the Interests, (iii) all claims of Pledgor for damages arising out of, or for breach of or default under, the Company Operating Agreement, to the extent the same pertain to the Interest, (iv) any right of Pledgor to perform under the Company Operating Agreement and to compel performance and otherwise exercise all rights and remedies thereunder, to the extent the same pertain to the Interests, (v) all rights of Pledgor to receive the profits and the losses allocable to the Interests, (vi) all rights of Pledgor to receive distributions of the Company's assets, to the extent allocable to the Interest and (vii) all of Pledgor's economic rights, voting rights, consent rights, management rights, control rights, rights to status as a member, and rights to receive information under the Company Operating Agreement or otherwise, in each case to the extent arising by virtue of the Interests; (d) all "documents", "accounts", "chattel paper," "general intangibles", "instruments," "securities," "financial assets" and "investment property" constituting the Collateral; and (e) all proceeds of the property of Pledgor described in clauses (a) through (d) above.

■■■■■■■■■■■
■■■■■■■■■■■
■■■■■■■■■■■
■■■■■■■■■■■

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

```
┌                                    ┐
  UCC eZFILE
  2020 Hurley Way
  Sacramento, CA 95825
└                                    ┘
```

Draft

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WB 41 Mercer LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Port Royal Carolina Mutual Reassurance Trust | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Collateral: 100% pledge of Pledgor's membership interests in the Company (representing 50% of total membership interest); (a) a continuing first priority lien on and security interest in Pledgor's right, title and interest in and to the Interests and in connection therewith; (b) all ownership interests, membership interests, limited liability company interests, shares, securities, moneys, instruments or property representing a dividend, a distribution or return of capital upon or in respect of the Interests, or otherwise received in exchange therefor, and any membership interest certificates, limited liability company interest certificates, warrants, rights or options issued to the holders of, or otherwise in respect of, the Interests; (c) all rights, privileges, authority and power arising from Pledgor's interest the Interest or which Pledgor otherwise has or may have with respect to the Interest, and all rights, privileges, authority and power of Pledgor under the Company Operating Agreement or any other agreement or instrument relating to the Interests, in each case including, without limitation, (i) all rights of Pledgor to receive moneys or distributions with respect to the Interests due and to become due under or pursuant to the Company Operating Agreement, (ii) all rights of Pledgor to receive proceeds of any insurance,

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA:
DE SOS

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

9a ORGANIZATION'S NAME
**WB 41 Mercer LLC**

OR

9b INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX

10c. MAILING ADDRESS                          CITY                          STATE    POSTAL CODE          COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME              FIRST PERSONAL NAME        ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

11c. MAILING ADDRESS                          CITY                          STATE    POSTAL CODE          COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
indemnity, warranty or guaranty with respect to the Interests, (iii) all claims of Pledgor for damages arising out of, or for breach of or default under, the
Company Operating Agreement, to the extent the same pertain to the Interest, (iv) any right of Pledgor to perform under the Company Operating Agreement
and to compel performance and otherwise exercise all rights and remedies thereunder, to the extent the same pertain to the Interests, (v) all rights of Pledgor to
receive the profits and the losses allocable to the Interests, (vi) all rights of Pledgor to receive distributions of the Company's assets, to the extent allocable to the
Interest and (vii) all of Pledgor's economic rights, voting rights, consent rights, management rights, control rights, rights to status as a member, and rights to
receive information under the Company Operating Agreement or otherwise, in each case to the extent arising by virtue of the Interests; (d) all "documents",
"accounts", "chattel

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

**COLLATERAL DESCRIPTION, CONTINUED**

NAME OF FIRST DEBTOR (same as 1a or 1b)

Organization's Name

OR    WB 41 Mercer LLC

Individual Last Name        First Name              Middle Name

paper," "general intangibles", "instruments," "securities," "financial assets" and "investment property" constituting the Collateral; and (e) all proceeds of the property of Pledgor described in clauses (a) through (d) above.










## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Draft

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825 ⌐

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| Spring Bridge 182 LLC | | | | |
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| | | | | |
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| Port Royal Carolina Mutual Reassurance Trust | | | | |
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 7 Times Square, 37th Floor | New York | NY | 10036 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Collateral: 100% pledge of Pledgor's membership interests in the Company (a) a continuing first priority lien on and security interest in Pledgor's right, title and interest in and to the Interests in and in connection therewith; (b) all ownership interests, membership interests, limited liability company interests, shares, securities, moneys, instruments or property representing a dividend, a distribution or return of capital upon or in respect of the Interests, or otherwise received in exchange therefor, and any membership interest certificates, limited liability company interest certificates, warrants, rights or options issued to the holders of, or otherwise in respect of, the Interests; (c) all rights, privileges, authority and power arising from Pledgor's interest the Interest or which Pledgor otherwise has or may have with respect to the Interest, and all rights, privileges, authority and power of Pledgor under the Company Operating Agreement or any other agreement or instrument relating to the Interests, in each case including, without limitation, (i) all rights of Pledgor to receive moneys or distributions with respect to the Interests due and to become due under or pursuant to the Company Operating Agreement, (ii) all rights of Pledgor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE SOS

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
Spring Bridge 182 LLC

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                                   SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                           SUFFIX

10c. MAILING ADDRESS          CITY                  STATE   POSTAL CODE        COUNTRY

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME      ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX

11c. MAILING ADDRESS          CITY                  STATE   POSTAL CODE        COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
the Interests, (iii) all claims of Pledgor for damages arising out of, or for breach of or default under, the Company Operating Agreement, to the extent the same
pertain to the Interest, (iv) any right of Pledgor to perform under the Company Operating Agreement and to compel performance and otherwise exercise all
rights and remedies thereunder, to the extent the same pertain to the Interests, (v) all rights of Pledgor to receive the profits and the losses allocable to the
Interests, (vi) all rights of Pledgor to receive distributions of the Company's assets, to the extent allocable to the Interest and (vii) all of Pledgor's economic
rights, voting rights, consent rights, management rights, control rights, rights to status as a member, and rights to receive information under the Company
Operating Agreement or otherwise, in each case to the extent arising by virtue of the Interests; (d) all "documents", "accounts", "chattel paper," "general
intangibles", "instruments,"

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# COLLATERAL DESCRIPTION, CONTINUED

NAME OF FIRST DEBTOR (same as 1a or 1b)

Organization's Name

OR Spring Bridge 182 LLC

| Individual Last Name | First Name | Middle Name |
|---|---|---|

"securities," "financial assets" and "investment property" constituting the Collateral; and (e) all proceeds of the property of Pledgor described in clauses (a) through (d) above









