# Exhibit 14

# Bradley Reifler

| | |
|---|---|
| **From:** | Bradley Reifler |
| **Sent:** | Wednesday, April 29, 2015 4:43 PM |
| **To:** | Steven Fickes (sfickes@raedelfs.com) |
| **Subject:** | Please see dropbox....Link is in body of email |
| **Attachments:** | 182, 184, 186 Spring Street - Operating Agreement.PDF; WB Assets For Forefront (2).pdf |

Please see attached the revised summary of Waterbridge assets (to include 182 Spring Street, 184 Spring Street and 186 Spring Street), in addition to the Operating agreement for these assets. These files have also been added to the Dropbox account, which you can access by clicking HERE.

Thanks,

**Avi Rosen** | Chief Operating Officer

Waterbridge Capital LLC
7 Times Square, 37th Floor
New York, NY 10036

Office 212-607-8126
Fax 212-696-2401
Email Arosen@waterbridge.com

usiness in states where it is properly registered or notice filed, or excluded or exempted from registration requirements

| WATERBRIDGE EQUITY | |
|---|---|
| 214-216 East 14th Street | $ 6,719,500 |
| 137 2nd Avenue | $ 9,540,000 |
| 41 Mercer | $ 3,375,000 |
| 182 Spring Street | $ 5,750,000 |
| 184 Spring Street | $ 5,750,000 |
| 186 Spring Street | $ 5,750,000 |
| Total | $ 36,884,500 |

| WATERBRIDGE EQUITY | |
|---|---|
| 214-216 East 14th Street | $ 6,719,500 |
| 137 2nd Avenue | 9540000 |
| 41 Mercer | 3375000 |
| 182 Spring Street | $ 5,750,000 |
| 184 Spring Street | $ 5,750,000 |
| 186 Spring Street | $ 5,750,000 |
| Total | $ 36,884,500 |

### 214-216 East 14th Street

| | |
|---|---|
| Income | $ 690,000 |
| Expenses | $ 39,772 |
| NOI | $ 650,228 |
| Debt | $ 7,800,000 |
| Value | $ 15,000,000 |
| Reserves | $ 350,000 |
| Ownership | 89% |
| Waterbridge Equity | $ 6,719,500 |



### 182 Spring Street

| | |
|---|---|
| Income (Development) | $ - |
| Expenses | $ - |
| NOI | $ - |
| Debt | $ 7,333,333 |
| Value | $ 15,000,000 |
| Reserves | $ - |
| Ownership | 75% |
| Waterbridge Equity | $ 5,750,000 |



### 137 2nd Avenue

| | |
|---|---|
| Income | $ 983,404 |
| Expenses | $ - |
| NOI | $ 983,404 |
| Debt | $ 8,800,000 |
| Value | $ 30,000,000 |
| Reserves | $ - |
| Ownership | 45% |
| Waterbridge Equity | $ 9,540,000 |



### 184 Spring Street

| | |
|---|---|
| Income (Development) | $ - |
| Expenses | $ - |
| NOI | $ - |
| Debt | $ 7,333,333 |
| Value | $ 15,000,000 |
| Reserves | $ - |
| Ownership | 75% |
| Waterbridge Equity | $ 5,750,000 |




### 41 Mercer

| | |
|---|---|
| Income | $ 116,209 |
| Expenses | $ - |
| NOI | $ 116,209 |
| Debt | $ 3,250,000 |
| Value | $ 10,000,000 |
| Reserves | $ - |
| Ownership | 50% |
| Waterbridge Equity | $ 3,375,000 |



### 186 Spring Street

| | |
|---|---|
| Income (Development) | $ - |
| Expenses | $ - |
| NOI | $ - |
| Debt | $ 7,333,333 |
| Value | $ 15,000,000 |
| Reserves | $ - |
| Ownership | 75% |
| Waterbridge Equity | $ 5,750,000 |

