# Exhibit 15

| DATES | INTEREST RATE | DAYS | PRINCIPLE | t Earned Revised Ir |
|---|---|---|---|---|
| 4/30/2015- 5/31/2015 | 15% | 32 | $ 5,000,000.00 | $ 65,753.42 |
| 6/1/2015 - 6/30/2015 | 15% | 30 | $ 5,000,000.00 | $ 61,643.84 |
| 7/1/2015 - 7/31/2015 | 15% | 31 | $ 5,000,000.00 | $ 63,698.63 |
| 8/1/2015 - 8/3/2015 | 15% | 3 | $ 5,000,000.00 | $ 6,164.38 |
| PAYMENT | | | $ 5,000,000.00 | |
| 8/4/2015 - 8/31/2015 | 15% | 28 | $ 5,000,000.00 | $ 57,534.25 |
| 9/1/2015 -9/30/2015 | 15% | 30 | $ 5,000,000.00 | $ 61,643.84 |
| 10/1/2015 - 10/31/2015 | 15% | 31 | $ 5,000,000.00 | $ 63,698.63 |
| 11/1/2015 - 11/30/2015 | 15% | 30 | $ 5,000,000.00 | $ 61,643.84 |
| 12/1/2015 - 12/18/2015 | 15% | 18 | $ 5,000,000.00 | $ 36,986.30 |
| PAYMENT | | | $ 5,000,000.00 | |
| 12/19/2015 - 12/30/2015 | 15% | 12 | $ 5,000,000.00 | $ 24,657.53 |
| PAYMENT | | | $ 5,000,000.00 | |
| 12/31/2015 - 1/19/2016 | 15% | 20 | $ 5,000,000.00 | $ 41,095.89 |
| PAYMENT | | | $ 5,000,000.00 | |
| 1/20/2016 -1/31/2016 | 15% | 11 | $ 5,000,000.00 | $ 22,602.74 |
| 2/1/2016 - 2/29/2016 | 15% | 29 | $ 5,000,000.00 | $ 59,589.04 |
| 3/1/2016 - 3/31/2016 | 15% | 31 | $ 5,000,000.00 | $ 63,698.63 |
| 4/1/2016 - 4/30/2016 | 15% | 30 | $ 5,000,000.00 | $ 61,643.84 |
| 5/1/2016 - 5/27/2016 | 15% | 27 | $ 5,000,000.00 | $ 55,479.45 |
| PAYMENT | | | $ 5,000,000.00 | |
| 5/28/2016 - 6/15/2016 | 15% | 19 | $ 5,000,000.00 | $ 39,041.10 |
| PAYMENT | | | | |
| 6/16/2016 - 6/16/2016 | 15% | 1 | $ 5,000,000.00 | $ 2,054.79 |
| PAYMENT | | | $ 5,000,000.00 | |
| 6/17/2016 - 6/29/2016 | 15% | 13 | $ 5,000,000.00 | $ 28,767.12 |
| PAYMENT | | | $ 5,000,000.00 | |
| 6/30/2016 - 7/1/2016 | 15% | 2 | $ 5,000,000.00 | $ 4,109.59 |
| PAYMENT | | | $ 5,000,000.00 | |
| 7/2/2016 - 7 29/2016 | 15% | 28 | $ 5,000,000.00 | $ 57,534.25 |
| PAYMENT | | | $ 5,000,000.00 | |
| 7/30/216 - 7/31/2016 | 15% | 2 | $ 5,000,000.00 | $ 4,109.59 |
| 8/1/2016 - 8/31/2016 | 15% | 31 | $ 5,000,000.00 | $ 63,698.63 |
| 9/1/2016 - 9/30/2016 | 15% | 30 | $ 5,000,000.00 | $ 61,643.84 |
| PAYMENT | | | $ 5,000,000.00 | |
| 10/1/2016 - 10/5/ 2016 | 15% | 3 | $ 5,000,000.00 | $ 6,164.38 |
| 10/4/2016 - 10/31/2016 | 15% | 28 | $ 5,000,000.00 | $ 57,534.25 |
| 11/1/2016 - 11 30 2016 | 15% | 30 | $ 5,000,000.00 | $ 61,643.84 |
| 12/1/2016 - 12/10/2016 | 15% | 10 | $ 5,000,000.00 | $ 20,547.95 |
| 12/10/2016 - 12/30/2016 | 20% | 20 | $ 5,000,000.00 | $ 68,102.83 |
| 12/31/2016 - 1/31/2017 | 24% | 32 | $ 5,000,000.00 | $ 132,190.40 |
| 2/1/2017 - 2/28/2017 | 24% | 28 | $ 5,000,000.00 | $ 118,100.35 |
| 3/1/2017 - 3/31 2017 | 24% | 31 | $ 5,000,000.00 | $ 133,161.27 |
| 4/1/2017 - 4/30/2017 | 24% | 30 | $ 5,000,000.00 | $ 131,492.48 |
| 5/1/2017 - 5/31/2017 | 24% | 31 | $ 5,000,000.00 | $ 138,555.85 |

| TOTAL DUE | Daily Penalty $7500 per day | P + Default I + Penalty | PAYMENTS | DAYS | PMT EARNING 15% Interest |
|---|---|---|---|---|---|
| $ 5,065,753.42 | | | | | |
| $ 5,127,397.26 | | | | | |
| $ 5,191,095.89 | | | | | |
| $ 5,197,260.27 | | | $ 225,000.00 | | |
| $ 5,254,794.52 | | | | | |
| $ 5,316,438.36 | | | | | |
| $ 5,380,136.99 | | | | | |
| $ 5,441,780.83 | | | | | |
| $ 5,478,767.13 | | | | | |
| | | | $ 281,250.00 | 137 | $ 12,667.81 |
| $ 5,503,424.66 | | | | | |
| | | | $ 100,000.00 | 12 | $ 2,496.58 |
| $ 5,544,520.55 | | | $ 157,894.00 | 20 | $ 4,982.88 |
| $ 5,567,123.29 | | | | | |
| $ 5,626,712.33 | | | | | |
| $ 5,690,410.96 | | | | | |
| $ 5,752,054.80 | | | | | |
| $ 5,807,534.25 | | | | | |
| | | | $ 250,000.00 | 128 | $ 40,196.07 |
| $ 5,846,575.35 | | | | | |
| | | | $ 200,000.00 | 19 | $ 7,918.66 |
| $ 5,848,630.14 | | | | | |
| | | | $ 50,000.00 | 1 | $ 498.96 |
| $ 5,877,397.26 | | | | | |
| | | | $ 100,000.00 | 13 | $ 6,753.65 |
| $ 5,881,506.85 | | | | | |
| | | | $ 200,000.00 | 2 | $ 1,121.21 |
| $ 5,939,041.10 | | $ 1,564,144.00 | | | |
| | | | $ 625,000.00 | 28 | $ 17,998.37 |
| $ 5,943,150.69 | | | | | |
| $ 6,006,849.32 | | | | | |
| $ 6,068,493.16 | | | $ 125,000.00 | 63 | $ 56,677.84 |
| | | | $ 125,000.00 | 5 | 4755.09 |
| $ 6,074,657.54 | | | $ 2,439,144.00 | | |
| $ 6,132,191.79 | | | | | |
| $ 6,193,835.63 | | | | | |
| $ 6,214,383.58 | | | | | |
| $ 6,282,486.41 | | | $ 2,439,144.00 | 91 | $ 91,217.30 |
| $ 6,414,676.81 | $ 240,000.00 | $ 6,654,676.81 | | | |
| $ 6,532,777.16 | $ 210,000.00 | $ 6,742,777.16 | | | |
| $ 6,665,938.43 | $ 232,500.00 | $ 6,898,438.43 | | | |
| $ 6,797,430.91 | $ 225,000.00 | $ 7,022,430.91 | | | |
| $ 6,935,986.76 | $ 232,500.00 | $ 7,168,486.76 | | | |

| Payments + Interest Earned |
|---|
| $ 518,917.81 |
| $ 621,414.39 |
| $ 784,291.27 |
| $ 1,074,487.34 |
| $ 1,282,406.00 |
| $ 1,332,904.96 |
| $ 1,439,658.61 |
| $ 1,640,779.82 |
| $ 2,283,778.19 |
| $ 2,465,456.03 |
| $ 2,595,211.12 |
| $ 2,686,428.42 |

| Period | Rate | Days | Principal | Interest |
|---|---|---|---|---|
| 6/1/2017 - 6/30/2017 | 24% | 30 | $ 5,000,000.00 | $ 136,819.46 |
| 7/1/2017 - 7/31 2017 | 24% | 31 | $ 5,000,000.00 | $ 144,168.98 |
| 8/1/2017 - 8/31/2017 | 24% | 31 | $ 5,000,000.00 | $ 147,107.66 |
| 9/1/2017 - 9/30 2017 | 24% | 30 | $ 5,000,000.00 | $ 145,264.08 |
| 10/1/2017 - 10/31/2017 | 24% | 31 | $ 5,000,000.00 | $ 153,067.24 |
| 11/1/2017 - 11/10/2017 | 24% | 10 | $ 5,000,000.00 | $ 50,383.00 |
| 11/11/2017 - 11/17/2017 | 24% | 7 | $ 5,000,000.00 | $ 35,500.00 |
| 11/18/2017 - 11/24/2017 | 24% | 7 | $ 5,000,000.00 | $ 35,663.40 |
| 11/25/ 2017 - 12/1/2017 | 24% | 7 | $ 5,000,000.00 | $ 35,827.54 |
| 12/2/2017 - 12/15/2017 | 24% | 14 | $ 5,000,000.00 | $ 71,984.90 |
| 12/16/2017 - 12/31/2017 | 24% | 16 | $ 5,000,000.00 | $ 83,025.78 |
| 1/1/2018 -1/14/2018 | 24% | 14 | $ 5,000,000.00 | $ 73,411.85 |
| 1/15/2018 - 1/29/2018 | 24% | 14 | $ 5,000,000.00 | $ 74,087.64 |
| 1/29/2018 - 2/11/2018 | 24% | 14 | $ 5,000,000.00 | $ 74,769.65 |
| 2/12/2018 - 2/25/2018 | 24% | 14 | $ 5,000,000.00 | $ 75,457.94 |
| 2/26/2018 - 3/1/2018 | 24% | 7 | $ 5,000,000.00 | $ 38,076.28 |
| 3/2/2018 - 3/15/2018 | 24% | 14 | $ 5,000,000.00 | $ 76,503.08 |
| 3/16/2018- 4/6/2018 | 24% | 21 | $ 5,000,000.00 | $ 115,810.99 |
| 4/7/2018 -4/27/2018 | 24% | 21 | $ 5,000,000.00 | $ 117,410.13 |
| 4/28/2018 - 5/25/2018 | 24% | 28 | $ 5,000,000.00 | $ 158,708.47 |
| 5/26/2018 - 6/22/208 | 24% | 28 | $ 5,000,000.00 | $ 161,630.45 |
| 6/23/2018 - 7/31/2018 | 24% | 39 | $ 5,000,000.00 | $ 229,272.95 |
| 8/1/2018-8/10/20018 | 24% | 10 | $ 5,000,000.00 | $ 60,295.48 |
| 8/11/2018-8/31/2018 | 24% | 21 | $ 5,000,000.00 | $ 127,453.09 |
| 9/1/2018 - 9/14/2018 | 24% | 14 | $ 5,000,000.00 | $ 86,141.99 |
| **TOTALS** | | | **$ 5,000,000.00** | **$ 4,443,828.79** |

**Def ( P+I+Dailey Penalty) - (Payment + Int Earned)**

| | | | | | | |
|---|---|---|---|---|---|---|
| $ 7,072,806.22 | $ 225,000.00 | $ 7,297,806.22 | | | | |
| $ 7,216,975.20 | $ 232,500.00 | $ 7,449,475.20 | $ 2,439,144.00 | 213 | $ 213,508.63 |
| $ 7,364,082.86 | $ 232,500.00 | $ 7,596,582.86 | $ 2,439,144.00 | 31 | $ 31,074.03 |
| $ 7,509,346.94 | $ 225,000.00 | $ 7,734,346.94 | $ 2,439,144.00 | 30 | $ 30,071.64 |
| $ 7,662,414.18 | $ 232,500.00 | $ 7,894,914.18 | $ 2,439,144.00 | 31 | $ 31,074.03 |
| $ 7,712,797.18 | $ 75,000.00 | $ 7,787,797.18 | $ 2,439,144.00 | 10 | $ 10,023.88 |
| $ 7,748,297.18 | $ 52,500.00 | $ 7,800,797.18 | $ 2,439,144.00 | 7 | $ 7,016.72 |
| $ 7,783,960.58 | $ 52,500.00 | $ 7,836,460.58 | $ 2,439,144.00 | 7 | $ 7,016.72 |
| $ 7,819,788.12 | $ 52,500.00 | $ 7,872,288.12 | $ 2,439,144.00 | 7 | $ 7,016.12 |
| $ 7,891,773.02 | $ 105,000.00 | $ 7,996,773.02 | | | |
| $ 7,974,798.80 | $ 120,000.00 | $ 8,094,798.80 | $ 2,439,144.00 | 30 | $ 30,071.64 |
| $ 8,048,210.65 | $ 105,000.00 | $ 8,153,210.65 | $ 2,439,144.00 | 14 | $ 14,033.43 |
| $ 8,122,298.29 | $ 105,000.00 | $ 8,227,298.29 | $ 2,439,144.00 | 14 | $ 14,033.43 |
| $ 8,197,067.94 | $ 105,000.00 | $ 8,302,067.94 | $ 2,439,144.00 | 14 | $ 14,033.43 |
| $ 8,272,525.88 | $ 105,000.00 | $ 8,377,525.88 | $ 2,439,144.00 | 14 | $ 14,033.43 |
| $ 8,310,602.16 | $ 52,500.00 | $ 8,363,102.16 | $ 2,439,144.00 | 7 | $ 7,016.72 |
| $ 8,387,105.24 | $ 105,000.00 | $ 8,492,105.24 | $ 2,439,144.00 | 14 | $ 14,033.43 |
| $ 8,502,916.23 | $ 157,500.00 | $ 8,660,416.23 | $ 2,439,144.00 | 21 | $ 21,050.15 |
| $ 8,620,326.36 | $ 157,500.00 | $ 8,777,826.36 | $ 2,439,144.00 | 21 | $ 21,050.15 |
| $ 8,779,034.83 | $ 210,000.00 | $ 8,989,034.83 | $ 2,439,144.00 | 28 | $ 28,066.86 |
| $ 8,940,665.28 | $ 210,000.00 | $ 9,150,665.28 | $ 2,439,144.00 | 28 | $ 28,066.86 |
| $ 9,169,938.23 | $ 292,500.00 | $ 9,462,438.23 | $ 2,439,144.00 | 39 | $ 39,093.13 |
| $ 9,230,233.71 | $ 75,000.00 | $ 9,305,233.71 | $ 2,439,144.00 | 10 | $ 10,023.88 |
| $ 9,357,686.80 | $ 157,500.00 | $ 9,515,186.80 | $ 2,439,144.00 | 21 | $ 21,050.15 |
| $ 9,443,828.79 | $ 105,000.00 | $ 9,548,828.79 | $ 2,439,144.00 | 14 | $ 14,033.43 |
| **$ 9,443,828.79** | **$ 4,687,500.00** | **$14,131,328.79** | **$ 2,439,144.00** | | |

$ 14,131,328.79   $ 3,312,920.31   $ 10,818,408.48

| | |
|---|---:|
| $ | 2,899,937.05 |
| $ | 2,931,011.08 |
| $ | 2,961,082.72 |
| $ | 2,992,156.75 |
| $ | 3,002,180.63 |
| $ | 3,009,197.35 |
| $ | 3,016,214.07 |
| $ | 3,023,230.19 |
| | |
| $ | 3,053,301.83 |
| $ | 3,067,335.26 |
| $ | 3,081,368.69 |
| $ | 3,095,402.12 |
| $ | 3,109,435.55 |
| $ | 3,116,452.27 |
| $ | 3,130,485.70 |
| $ | 3,151,535.85 |
| $ | 3,172,586.00 |
| $ | 3,200,652.86 |
| $ | 3,228,719.72 |
| $ | 3,267,812.85 |
| $ | 3,277,836.73 |
| $ | 3,298,886.88 |
| $ | 3,312,920.31 |
| $ | 3,312,920.31 |

| DATES | INTEREST RATE | DAYS | PRINCIPAL | t Earned Revised Ir | TOTAL DUE |
|---|---|---|---|---|---|
| 4/30/2015- 5/31/2015 | 15% | 32 | $ 1,000,000.00 | $ 13,150.68 | $ 1,013,150.68 |
| 6/1/2015 - 6/30/2015 | 15% | 30 | $ 1,000,000.00 | $ 12,328.77 | $ 1,025,479.45 |
| 7/1/2015 - 7/31/2015 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,038,219.18 |
| 8/1/2015 - 8/31/2015 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,050,958.91 |
| 9/1/2015 -9/30/2015 | 15% | 30 | $ 1,000,000.00 | $ 12,328.77 | $ 1,063,287.68 |
| 10/1/2015 - 10/31/2015 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,076,027.41 |
| 11/1/2015 - 11/30/2015 | 15% | 30 | $ 1,000,000.00 | $ 12,328.77 | $ 1,088,356.18 |
| 12/1/2015 - 12/31/2015 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,101,095.91 |
| 1/1/2016 - 1/31/2016 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,113,835.64 |
| 2/1/2016 - 2/29/2016 | 15% | 29 | $ 1,000,000.00 | $ 11,917.81 | $ 1,125,753.45 |
| 3/1/2016 - 3/31/2016 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,138,493.18 |
| 4/1/2016 - 4/30/2016 | 15% | 30 | $ 1,000,000.00 | $ 12,328.77 | $ 1,150,821.95 |
| 5/1/2016 - 5/31/2016 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,163,561.68 |
| 6/1/2016 - 6/30/2016 | 15% | 30 | $ 1,000,000.00 | $ 12,328.77 | $ 1,175,890.45 |
| 7/1/2016 - 7 31/2016 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,188,630.18 |
| 8/1/2016 - 8/31/2016 | 15% | 31 | $ 1,000,000.00 | $ 12,739.73 | $ 1,201,369.91 |
| 9/1/2016 - 9/30/2016 | 15% | 30 | $ 1,000,000.00 | $ 12,328.77 | $ 1,213,698.68 |
| 10/1/2016 - 10/7/2016 PAYMENT | 24% | 7 | $ 1,000,000.00 | $ 5,586.34 | $ 1,219,285.02 |
| 10/7/2016 - 10/11/2016 PAYMENT | 24% | 5 | $ 1,000,000.00 | $ 4,008.61 | $ 1,223,293.63 |
| 10/11/2016 - 10/31/2016 | 24% | 21 | $ 1,000,000.00 | $ 16,891.51 | $ 1,240,185.14 |
| 11/1/2016 - 11/16/2016 PAYMENT | 24% | 16 | $ 1,000,000.00 | $ 13,047.43 | $ 1,253,232.57 |
| 11/16/2016 - 11/30/2016 | 24% | 14 | $ 1,000,000.00 | $ 11,536.61 | $ 1,264,769.18 |
| 12/1/2016 - 12/31/2016 | 24% | 31 | $ 1,000,000.00 | $ 25,780.50 | $ 1,290,549.68 |
| 1/1/2017 - 1/31/2017 | 24% | 31 | $ 1,000,000.00 | $ 26,306.00 | $ 1,316,855.68 |
| 2/1/2017 - 2/28/ 2017 | 24% | 28 | $ 1,000,000.00 | $ 24,244.58 | $ 1,341,100.26 |
| 3/1/2017 - 3/31/2017 | 24% | 31 | $ 1,000,000.00 | $ 27,336.40 | $ 1,368,436.66 |
| 4/1/2017 - 4/30/2017 | 24% | 30 | $ 1,000,000.00 | $ 26,993.82 | $ 1,395,430.48 |
| 5/1/2017 - 5/31/2017 | 24% | 31 | $ 1,000,000.00 | $ 28,443.84 | $ 1,423,874.32 |
| 6/1/2017 - 6/30 2017 | 24% | 30 | $ 1,000,000.00 | $ 28,087.38 | $ 1,451,961.70 |
| 7/1/2017 - 7/31/2017 | 24% | 31 | $ 1,000,000.00 | $ 29,596.15 | $ 1,481,557.85 |
| 8/1/2017 - 8/31 2017 | 24% | 31 | $ 1,000,000.00 | $ 30,199.43 | $ 1,511,757.28 |
| 9/1/2017 - 9/30/2017 | 24% | 30 | $ 1,000,000.00 | $ 29,820.97 | $ 1,541,578.25 |
| 10/1/2017 - 10/30/2017 PAYMENT 11/1 | 24% | 30 | $ 1,000,000.00 | $ 31,029.06 | $ 1,572,607.31 |
| 10/31/2017 -11/3/2017 | 24% | 4 | $ 1,000,000.00 | $ 2,630.14 | $ 1,575,237.45 |
| 11/4/2017 - 11/10/2017 | 24% | 7 | $ 1,000,000.00 | $ 4,602.74 | $ 1,579,840.19 |
| 11/11/2017 - 11/15/2017 PAYMENT 11/15 | 24% | 5 | $ 1,000,000.00 | $ 5,194.00 | $ 1,585,034.19 |
| 11/16/2017 - 11/17/2017 | 24% | 2 | $ 1,000,000.00 | $ 2,084.43 | $ 1,587,118.62 |
| **TOTALS** | | | $ 1,000,000.00 | $ 585,034.19 | $ 1,587,118.62 |

| Daily Penalty $4,000 per day | P + Default I + Penalty | PAYMENTS | DAYS | Interest on Reductions |
|---:|---:|---:|---:|---:|
| | | | | wi |
| $ 28,000.00 | $ 1,247,285.02 | | | |
| | | $ 160,000.00 | | |
| $ 20,000.00 | $ 1,243,293.63 | | | |
| | | $ 90,000.00 | 5 | $ 328.77 |
| $ 84,000.00 | $ 1,324,185.14 | | | |
| $ 64,000.00 | $ 1,317,232.57 | | | |
| | | $ 50,000.00 | 37 | $ 3,801.37 |
| $ 56,000.00 | $ 1,320,769.18 | $ 125,000.00 | 14 | $ 1,749.78 |
| $ 124,000.00 | $ 1,414,549.68 | | | |
| $ 124,000.00 | $ 1,440,855.68 | | | |
| $ 112,000.00 | $ 1,453,100.26 | | | |
| $ 124,000.00 | $ 1,492,436.66 | | | |
| $ 120,000.00 | $ 1,515,430.48 | | | |
| $ 124,000.00 | $ 1,547,874.32 | | | |
| $ 120,000.00 | $ 1,571,961.70 | $ 150,000.00 | 212 | $ 37,895.00 |
| $ 124,000.00 | $ 1,605,557.85 | $ 150,000.00 | 8 | $ 1,930.43 |
| $ 124,000.00 | $ 1,635,757.28 | $ 100,000.00 | 6 | $ 1,822.82 |
| $ 120,000.00 | $ 1,661,578.25 | $ 50,000.00 | 11 | $ 3,571.02 |
| $ 120,000.00 | $ 1,692,607.31 | 100000** not ca | 117 | $ 37,001.25 |
| | | $ 40,000.00 | | |
| $ 16,000.00 | $ 1,591,237.45 | | | |
| $ 28,000.00 | $ 1,607,840.19 | | | |
| $ 20,000.00 | $ 1,605,034.19 | | | |
| | | $ 75,000.00 | 15 | $ 4,806.25 |
| $ 8,000.00 | $ 1,595,118.62 | | | |
| $ 1,660,000.00 | $ 3,247,118.62 | $ 990,000.00 | | $ 92,906.69 |

| accumulation of Payments with interest credits | TOTAL |
|---|---|
| $ 160,000.00 | |
| $ 250,328.77 | |
| $ 304,130.14 | |
| $ 429,130.17 | |
| $ 579,130.17 | |
| $ 729,130.17 | |
| $ 829,130.17 | no interest 100K |
| $ 879,130.17 | |
| $ 869,130.17 | |
| $ 944,130.17 | |
| $ 1,082,906.69 | |

| Period | Rate | Days | Interest | Balance |
|---|---|---|---|---|
| TOTALS | | | | $ 1,587,118.62 |
| | | 59 | 38,482.19 | |
| 11/17/2017-1/15/2018 | 15% | 59 | | 1,625,600.81 |
| | | 14 | | |
| 1/15/2018-1/29/2018 | 15% | 14 | 9,352.77 | 1,634,953.58 |
| | | 44 | | |
| 1/30/2018-3/15/2018 | 15% | 44 | 29,563.54 | 1,664,517.12 |
| | | 21 | | |
| 3/15/2018-4/6/2018 | 15% | 21 | $14,365.01 | $1,678,882.13 |
| 4/6/2018-4/27/2018 | 15% | 21 | $14,488.98 | $1,693,371.11 |
| 4/27/2018-5/25/2018 | 15% | 28 | $19,485.37 | $1,712,856.48 |
| 5/26/2018-6/22/2018 | 15% | 28 | $19,709.37 | $1,732,566.06 |
| 6/23/2018-7/31/2018 | 15% | 39 | $27,768.52 | $1,760,334.58 |
| 7/31/2018-8/31/2018 | 15% | 31 | 22,426.18 | $1,782,760.76 |
| 9/1/2018-9/15/2018 | 15% | 14 | 10,256.92 | 1,793,017.68 |

| | | | |
|---|---|---|---|
| $ | 1,660,000.00 | $ 3,247,118.62 | |
| $ | 236,000.00 | | |
| | 1,861,600.18 | 3,487,200.99 | 26,257 |
| | $56,000 | | |
| $ | 1,870,952.95 | 3,505,906.53 | 6,381.49 |
| $ | 176,000.00 | | |
| $ | 2,046,952.95 | 3,711,470.07 | 20,171.49 |
| | $84,000 | | |
| | $2,130,952.95 | $3,809,835.08 | $9,937.52 |
| | $84,000 | | |
| | $2,214,952.95 | $3,908,324.06 | $10,024.47 |
| | $112,000 | | |
| | $2,326,953 | $4,039,809.48 | $13,482.92 |
| | $112,000 | | |
| | $2,438,953 | $4,191,228.43 | $13,640.22 |
| | $156,000 | | |
| | $2,594,953 | $4,355,287.58 | $19,220.53 |
| $ | 124,000.00 | | |
| | $2,718,953 | $4,501,713.76 | $15,526.12 |
| $ | 56,000.00 | | |
| $ | 2,774,953.00 | 4,567,970.58 | $7,102.36 |

| | |
|---|---|
| $ 1,082,906.69 | 2,164,211.93 |

$ 1,109,163.47       **2,378,037.52**

$ 1,115,544.95    **$2.390.361.58**

$ 1,135,716.44       **2,575,753.63**

$1,145,653.96       **$2,664,181.12**

$1,155,678.43       **$2,742,621.15**

$1,169,161.35       **$2,870,648.13**

$1,182,801.57       **$3,008,426.86**

$1,202,022.00       **$3,153,265.58**

$1,217,548.12       **$3,284,165.64**

$ 1,224,650.48      **$3,343,420.50**