# Exhibit 17

## EXHIBIT A TO SPECIAL WARRANTY DEED

### LEGAL DESCRIPTION

LOT 6 (EXCEPT THE SOUTH 80 FEET) AND THE WEST 30 FEET OF THE SOUTH 80 FEET OF LOT 6 IN BLOCK 52 IN OGDEN'S SUBDIVISION OF BLOCK 52 IN KINZIE'S ADDITION TO CHICAGO IN THE WEST ½ OF THE NORTHWEST ¼ OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

COMMON ADDRESS: 739 N. Wabash Avenue, Chicago, Illinois
PIN: 17-10-101-008-0000, 17-10-101-009-0000

1684241.1

## TRUSTEE'S DEED

This indenture made this 23rd day of **February, 2015,** between **CHICAGO TITLE LAND TRUST COMPANY,** a corporation of Illinois, as successor trustee under the provisions of a deed or deeds in trust, duly recorded and delivered to said company in pursuance of a trust agreement dated the 7th day of **July, 1993,** and known as Trust Number **1098385,** party of the first part, and **Symmetry Tower/Chicago Project Owner, LLC**

whose address is:

180 N. LaSalle Street – Suite 3300
Chicago, IL 60601

party of the second part.



Doc#: 1506210105 Fee: $40.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 03/03/2015 02:24 PM Pg: 1 of 2

**WITNESSETH**, That said party of the first part, in consideration of the sum of **TEN and no/100 DOLLARS ($10.00) AND OTHER GOOD AND VALUABLE** considerations in hand paid, does hereby **CONVEY AND QUITCLAIM** unto said party of the second part, the following described real estate, situated in Cook County, Illinois, to wit:

**The East 20 feet of the South 80 feet of Lot 6 in Ogden's Subdivision of Block 52 in Kinzie's Addition to Chicago in the West ½ of the Northwest ¼ of Section 10, Township 39 North, Range 14 East of the Third Principal Meridian, in Cook County, Illinois.**

Permanent Tax Number: 17-10-101-010-0000     42 E. SUPERIOR STREET CHICAGO, IL 60611

together with the tenements and appurtenances thereunto belonging.

TO HAVE AND TO HOLD the same unto said party of the second part, and to the proper use, benefit and behoof forever of said party of the second part.

**This deed is executed pursuant to and in the exercise of the power and authority granted to and vested in said trustee by the terms of said deed or deeds in trust delivered to said trustee in pursuance of the trust agreement above mentioned. This deed is made subject to the lien of every trust deed or mortgage (if any there be) of record in said county given to secure the payment of money, and remaining unreleased at the date of the delivery hereof.**

2

Case 1:16-cv-01174-LCB-JEP Document 118-17 Filed 10/01/18 Page 3 of 5

## EXHIBIT A

Lot 5 in Ogden's Subdivision of Block 52 of Kinzie's Addition to Chicago in the West 1/2 of the Northwest ¼ of Section 10, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois

PIN: 17-10-101-011-0000; 17-10-101-012-0000

CKA: 44-46 E. Superior, Chicago, IL 60611

After recording return deed to:

Louis L. Broudy
Salon Marrow Dyckman Newman & Broudy LLP
292 Madison Avenue, 6th Floor
New York, NY 10017

And all future tax bills shall be sent to:

SYMMETRY TOWER/CHICAGO PROJECT OWNER, LLC
One Pennsylvania Plaza,
49th Floor,
New York, NY 10119

## EXHIBIT A

### Legal Description of Land

LOTS 1 THROUGH 4, INCLUSIVE, IN OGDEN'S SUBDIVISION OF BLOCK 52 IN KINZIE'S ADDITION TO CHICAGO, IN THE WEST 1/2 OF THE NORTHWEST 1/4 OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS, TOGETHER WITH THE NORTH 1/2 OF THAT PART OF SUPERIOR STREET LYING SOUTH AND ADJOINING LOTS 1 THROUGH 4, TOGETHER WITH THE WEST 1/2 OF THAT PART OF RUSH STREET LYING EAST AND ADJOINING SAID LOT 1 IN OGDEN'S SUBDIVISION AS AFORESAID, EXCLUDING, HOWEVER, ALL THE LAND, PROPERTY AND SPACE LYING BELOW A HORIZONTAL PLANE THAT IS 83.10 FEET ABOVE THE CHICAGO CITY DATUM, AND WITHIN THE VERTICAL PROJECTION OF THE BOUNDARY LINES OF LOT 1 AND THE EAST 23.2 FEET OF LOT 2 IN OGDEN'S SUBDIVISION AS AFORESAID, FURTHER EXCLUDING THE WEST 1/2 OF THAT PART OF RUSH STREET LYING EAST AND ADJOINING SAID LOT 1 IN OGDEN'S SUBDIVISION AS AFORESAID, AND FURTHER EXCLUDING THE NORTH 1/2 OF THAT PART OF SUPERIOR STREET LYING SOUTH AND ADJOINING THE LAND, PROPERTY AND SPACE DESCRIBED ABOVE, IN COOK COUNTY, ILLINOIS.

Commonly known as 48-58 East Superior Street, Chicago, Illinois

PIN: Portion of 17-10-101-013-0000