# Exhibit

# 18

WABASH AND SUPERIOR
01 JULY 2016







**Development Team**

- Developer / Owner: Symmetry Property Development LLC
- Development Manager: Fordham Real Estate
- Architect, Engineer, Planner: Skidmore, Owings, and Merrill LLP
- Zoning Council: Schuyler, Roche & Crisham, P.C.
- Traffic Consultant: Peter Lemmon with Kimley-Horn and Associates

## Project Information

- Site Area: 37,500 sf
- 63 Story Tower (709'-3")
- 216 Hotel Units
- 120 Hotel Timeshare Units
- 240 High End Condominium Units
- 325 Parking Spaces
- +/- 35,000 sf of Retail at Levels B1, 1 +2
- Seeking Planned Development FAR of 18.4



Site Location

THE CATHEDRAL DISTRICT



## Cathedral District Site Plan

Chicago Avenue

Frances Xavier Warde School

Holy Name Cathedral

**SITE**

Superior Street

The Fordham

Huron Street

Ikram

The Pinnacle

St. James Cathedral

Murphy Memorial

Driehaus Museum

Erie Street

Historic Mansion Cass Hotel

Dearborn Street

State Street

Wabash Street

Rush Street

Michigan Avenue

WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL

5

## Existing Site Conditions



## Existing Site Conditions



Looking North on Wabash



Looking East on Superior



WABASH AND SUPERIOR
KILMORE, COOK COUNTY

## Tower Massing



WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL LLP

## Development Strategies



Singlular Tower Massing ——————————

Tower massing moved to East, providing ——
relief from surrounding towers

Vehicle Entry and Loading located in mid-block ——
alley reducing impact on Wabash and Superior

Podium offset from property line 5' to increase ——
alley width

Hotel Lobby access located on Wabash Ave ——

Retail on Wabash and Superior Street facades ——

WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL LLP

10

## Massing Strategies



Approximately 35,000 sf of Retail to enhance both Wabash and Superior



A podium massing which respects the scale of surrounding buildings.



Tower set back to the East portion of the site allowing the greatest separation from neighboring buildings

Case 1:16-cv-01174-LCB-JEP   Document 118-18   Filed 10/01/18   Page 12 of 27

## Tower Context



WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL LLP

12



**Ground Floor Plan**

The Bernardin
(26 STORIES)

The Chicagoan
(37 STORIES)

N Wabash Avenue
One Way

Holy Name
Cathedral

HOTEL LOBBY
1,410 SF

MECHANICAL /
BOH

LOADING DOCK

Giordano's
Building

N Rush Street
One Way

RETAIL
12,500 SF

CONDOMINIUM
LOBBY
1,700 SF

RETAIL
3,150 SF

E Superior Street
One Way

WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL LLP

0    25    50    13



Valet Parking Route
Valet Return Route

The Bernardin
(26 STORIES)

The Chicagoan
(37 STORIES)

PARKING ACCESS

LOADING

LOADING DOCK

HOTEL LOBBY
1,410 SF

MECHANICAL /
BOH

Holy Name
Cathedral

N Wabash Avenue
One Way

Loading Zone

RETAIL
12,500 SF

CONDOMINIUM
LOBBY
1,700 SF

RETAIL
3,150 SF

Giordano's
Building

N Rush Street
One Way

Loading Zone

E Superior Street
One Way

WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL LLP

14

## Typical Parking Level Plan



The Bernardin
(26 STORIES)

The Chicagoan
(37 STORIES)

HOTEL
LOBBY

65 SPACES / FLOOR

Holy Name
Cathedral

N Wabash Avenue
One Way

Giordano's
Building

N Rush Street
One Way

E Superior Street
One Way

WABASH AND SUPERIOR
SKIDMORE, OWING & MERRILL LLP

## Hotel Amenity Level Plan



## Hotel Level Plan

12,750 SF / Floor
24 Keys / Floor



WABASH AND SUPERIOR
SKIDMORE OWINGS & MERRILL LLP

# Timeshare Level Plan
12,750 SF / Floor
20 Keys / Floor



WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL LLP

N  0          25          50     18

## Condo Amenity Level Plan



WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL LLP



19

## Lower Level Condo Plan
10,750 SF / Floor
8 Units / Floor



WABASH AND SUPERIOR

## Upper Level Condo Plan
10,750 SF / Floor
6 Units / Floor



# Condo Rooftop Amenity Plan



WABASH AND SUPERIOR
SKIDMORE, OWINGS & MERRILL LLP

# Unit Mix



709'3" T/ROOF

**Condominiums** 35 Levels
6-8 UNITS/LEVEL
TOTAL 240 UNITS

**Timeshare** 6 Levels
20 UNITS/LEVEL
TOTAL 120 UNITS

**Hotel** 9 Levels
24 UNITS/LEVEL
TOTAL 216 UNITS

**Parking** 5 Levels
325 PARKING SPACES

**Retail** 2 Levels
(+1 Below Grade)

23

WABASH AND SUPERIOR

# Building Section



709'3" T/ROOF

WABASH AND SUPERIOR



# Area Summary



651,485
36,000  Giordano's FAR
687,485
18.33  FAR





