| | |
|---|---|
| **From:** | Bradley Reifler <breifler@gmail.com> |
| **Sent:** | Tuesday, December 1, 2020 11:21 AM |
| **To:** | Waller, Lauren |
| **Subject:** | Re: NC Mutual v. Stamford Brook Capital, LLC -- Courtesy Copies of Subpoenas [IWOV-IWOVRIC.FID1615544] |

I will object to that. Please be advised.

Sent from my iPhone

> On Dec 1, 2020, at 10:52 AM, Waller, Lauren <lwaller@williamsmullen.com> wrote:
>
> Mr. Reifler,
>
> We are aware that you have a motion to reconsider pending before the Court. However, given the Court's November 16, 2020 Order, we are proceeding with the depositions. You are welcome to attend and participate.
>
> Sincerely,
> Lauren
>
> **Lauren Wheeling Waller | Attorney | Williams Mullen**
> Williams Mullen Center | 200 South 10th Street, Suite 1600 | P.O. Box 1320 (23218) | Richmond, VA 23219
> T 804.420.6590 | F 804.420.6507 | lwaller@williamsmullen.com | www.williamsmullen.com
>
> NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.
>
> **From:** Bradley Reifler <breifler@forefrontgroup.com>
> **Sent:** Monday, November 30, 2020 6:23 PM
> **To:** Waller, Lauren <lwaller@williamsmullen.com>; Bradley Reifler <breifler@gmail.com>; david@wasitowski.com
> **Cc:** Kapp, M. Keith <kkapp@williamsmullen.com>; Broughton, Turner <tbroughton@williamsmullen.com>; Bice, Kitty <kbice@williamsmullen.com>
> **Subject:** RE: NC Mutual v. Stamford Brook Capital, LLC -- Courtesy Copies of Subpoenas [IWOV-IWOVRIC.FID1615544]
>
> As you know I have a motion to reconsider moving forward with these depositions. I suggest you wait until that has been decided.
>
> **From:** Waller, Lauren <lwaller@williamsmullen.com>
> **Sent:** Monday, November 30, 2020 5:54 PM
> **To:** Bradley Reifler <breifler@forefrontgroup.com>; Bradley Reifler <breifler@gmail.com>; david@wasitowski.com
> **Cc:** Kapp, M. Keith <kkapp@williamsmullen.com>; Broughton, Turner <tbroughton@williamsmullen.com>; Bice, Kitty <kbice@williamsmullen.com>

**EXHIBIT E**

**Subject:** NC Mutual v. Stamford Brook Capital, LLC -- Courtesy Copies of Subpoenas [IWOV-IWOVRIC.FID1615544]

Dear Mr. Reifler and Mr. Wasitowski,

Attached are courtesy copies of subpoenas issued today in the NC Mutual v. Stamford Brook Capital, LLC litigation. The subpoenas also attach notices of deposition.

Please contact me if you have any questions or concerns.

Sincerely,
Lauren

**Lauren Wheeling Waller | Attorney | Williams Mullen**
Williams Mullen Center | 200 South 10th Street, Suite 1600 | P.O. Box 1320 (23218) | Richmond, VA 23219
T 804.420.6590 | F 804.420.6507 | lwaller@williamsmullen.com | www.williamsmullen.com

NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.