| | |
|---|---|
| **From:** | Waller, Lauren |
| **Sent:** | Tuesday, December 1, 2020 2:12 PM |
| **To:** | Bradley Reifler; Bradley Reifler |
| **Cc:** | david@wasitowski.com; Kapp, M. Keith; Broughton, Turner; Fussell, Lauren; Bice, Kitty |
| **Subject:** | NC Mutual Life Insurance Co. v. Stamford Brook Capital:  Notice of Deposition of Bradley Reifler [IWOV-IWOVRIC.FID1615544] |
| **Attachments:** | 0471_001.pdf |

Mr. Reifler,

Please see attached correspondence regarding NC Mutual's Notice of Deposition of Defendant Bradley Reifler.

Sincerely,
Lauren

**Lauren Wheeling Waller | Attorney | Williams Mullen**
Williams Mullen Center | 200 South 10th Street, Suite 1600 | P.O. Box 1320 (23218) | Richmond, VA 23219
T 804.420.6590 | F 804.420.6507 | lwaller@williamsmullen.com | www.williamsmullen.com

NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

EXHIBIT
F

# WILLIAMS MULLEN

Direct Dial: 804.420.6590
lwaller@williamsmullen.com

December 1, 2020

Our File No.: 067481.0002

**VIA U.S.MAIL AND EMAIL**
Mr. Bradley Reifler
116 W. 14th Street, Apt. 5N
New York, NY 10011
breifler@gmail.com
breifler@forefrontgroup.com

Re:     *North Carolina Mutual Life Insurance Company v. Stamford Brook Capital, LLC
        et al.*; File No. 1:16-cv-1174-LCB, pending in the Middle District of North Carolina

Dear Mr. Reifler:

Enclosed is North Carolina Mutual Life Insurance Company's ("NC Mutual") Notice of Deposition of Defendant Bradley Reifler.

Should you have any questions regarding the above, please feel free to contact me at the number or email above.

Sincerely yours,

Lauren Wheeling Waller

Enclosure

cc:     David Wasitowski (via U.S. Mail and email david@wasitowski.com)
        M. Keith Kapp, Esq.
        Turner A. Broughton, Esq.
        Lauren E. Fussell, Esq.

43920755_1

Williams Mullen Center | 200 South 10th Street, Suite 1600 Richmond, VA 23219 | P.O. Box 1320 Richmond, VA 23218
T 804.420.6000  F 804.420.6507 | williamsmullen.com | A Professional Corporation

Case 1:16-cv-01174-LCB-JEP   Document 229-6   Filed 12/04/20   Page 2 of 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**
**CIVIL ACTION NO: 1:16-cv-1174**

| | |
|---|---|
| **NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY, a North Carolina Corporation,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) |
| **STAMFORD BROOK CAPITAL, LLC, a Delaware limited liability company, *et al.*,** | ) ) ) ) |
| **Defendants.** | ) ) ) ) |

## NOTICE OF DEPOSITION OF DEFENDANT BRADLEY REIFLER

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff North Carolina Mutual Life Insurance Company ("Plaintiff" or "NC Mutual"), will take the deposition upon oral examination of defendant Bradley Reifler beginning at 10:00 a.m. on December 15, 2020. Pursuant to local, statewide, and national emergency orders related to the ongoing COVID-19 pandemic, the deposition will occur virtually with all parties attending via remote deposition technology provided by TSG Reporting. Secure links to the remote deposition technology will be provided by TSG Reporting. To receive your secure link, you may either contact undersigned counsel or you may contact TSG Reporting directly at 877.702.9580 or calendar@tsgreporting.com, providing them with the case name and the date and time of the deposition. The deposition will be taken before a qualified notary public or before some other officer authorized by law to administer oaths. The deposition will be recorded by videotape and/or

stenographic means. If the deposition is commenced but not concluded, the deposition will be continued from day to day and from time to time until completed.

Dated: December 1, 2020

Respectfully submitted,

WILLIAMS MULLEN, P.C.

By: _____

M. Keith Kapp (N.C. Bar #8850)
Lauren E. Fussell (N.C. Bar #49215)
P.O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
Email: kkapp@williamsmullen.com
lfussell@williamsmullen.com

Turner A. Broughton (Va. Bar #42627)
Lauren Wheeling Waller (Va. Bar #75559)
200 S. 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6926
Facsimile: (804) 420-6507
Email: tbroughton@williamsmullen.com
lwaller@williamsmullen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2020, the foregoing NOTICE OF DEPOSITION was served by mailing copies thereof to the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Richmond, Virginia:

David A. Wasitowski
5 Laga Court
Ringoes, New Jersey 08851

and

3079 US HWY 87
Sheridan, Wyoming 82801
TEL: 908 392 4455
Email: david@wasitowski.com
*Pro Se Defendant*

Bradley Carl Reifler
116 West 14th Street, Apt. 5N
New York, New York 10011
Email: breifler@forefrontgroup.com
*Pro Se Defendant*

WILLIAMS MULLEN, P.C.

By: _____
M. Keith Kapp (N.C. Bar #8850)
Lauren E. Fussell (N.C. Bar #49215)
P.O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
Email: kkapp@williamsmullen.com
           lfussell@williamsmullen.com

Turner A. Broughton (Va. Bar #42627)
Lauren Wheeling Waller (Va. Bar #75559)
200 S. 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6926
Facsimile: (804) 420-6507
Email: tbroughton@williamsmullen.com
*Attorneys for Plaintiff*