IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY,

    *Plaintiff*,

v.

STAMFORD BROOK CAPITAL, LLC, et al,

    *Defendants*.

No. 1:16-cv-1174-LCB-JEP

## NOTICE OF SETTLEMENT
## JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE

    Defendant Bradley Carl Reifler, by and through undersigned counsel, and Plaintiff, North Carolina Mutual Life Insurance Company, by and through undersigned counsel, do hereby jointly notify this Honorable Court, pursuant to Local Rule 83.3 that they have reached a settlement in principle with respect to all claims and all issues asserted in this case. Accordingly, parties jointly move this Court to continue the final pretrial conference, scheduled for November 20, 2024, and to continue the trial, scheduled for December 3, 2024 to allow the parties time to finalize the necessary documents to be filed with this Court. A proposed Order is attached.

1

Respectfully submitted, this the 29th day of October, 2024.

| | |
|---|---|
| **BELL, DAVIS & PITT, P.A.** | **WILLIAMS MULLEN** |
| /s/ Mark A. Jones | /s/ Wes J. Camden |
| (North Carolina Bar # 36215) | Wes J. Camden (N.C. Bar # 33190) |
| 100 North Cherry St., Suite 600 | Lauren E. Fussell (N.C. Bar #49215) |
| Winston-Salem, NC 27120-1029 | M. Keith Kapp (N.C. Bar #8850) |
| Telephone: (336) 722-3700 | P.O. Box 1000 Raleigh, NC 27602 |
| Facsimile: (336) 722-8153 | Telephone: (919) 981-4000 |
| mjones@belldavispitt.com | Facsimile: (919) 981-4300 |
| | Email: kkapp@williamsmullen.com |
| Attorney for Brad Reifler | wcamden@williamsmullen.com |
| | lfussell@williamsmullen.com |
| | Attorneys for Plaintiff |