IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CIVIL ACTION NO: 1:16-CV-1174

| | |
|---|---|
| NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY, a North Carolina Corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STAMFORD BROOK CAPITAL, LLC, a Delaware Limited Liability Company, *et al.* | ) ) ) |
| Defendants. | ) |

## JOINT REPORT ON ARBITRATION

Plaintiff North Carolina Mutual Life Insurance Company ("NCM") and Port Royal Reassurance Company SPC, Ltd. ("Port Royal"), through counsel and pursuant to the Court's April 10, 2020 Memorandum Opinion and Order granting Port Royal's Motion to Compel Arbitration [ECF No. 199] (the "Order"), respectfully provide this Report on Arbitration.

1. The Order requires the parties to file a joint report every ninety (90) days and notify the Court of any arbitration award within seven days after arbitration has concluded.

2. NCM last filed a Joint Status Report on March 10, 2025.

3. The arbitration proceedings have commenced. The Parties and the Panel held the Organizational Meeting on March 13, 2025 and established a schedule for the arbitration. Respondent Steven Fickes filed a motion seeking summary adjudication of the claims against him. The Panel will hold oral argument on Mr. Fickes' motion on July 1, 2025.

Respectfully submitted this the 10th day of June, 2025.

| | |
|---|---|
| WILLIAMS MULLEN | MORNINGSTAR LAW GROUP |
| /s/ *Lauren E. Fussell* | /s/ *Christopher T. Graebe* |
| Wes J. Camden (N.C. Bar #33190) | Christopher T. Graebe (N.C. Bar #17416) |
| Lauren E. Fussell (N.C. Bar #49215) | 434 Fayetteville Street, Suite 2200 |
| P.O. Box 1000 | Raleigh, North Carolina 27601 |
| Raleigh, North Carolina 27601 | Telephone: (919) 863-9092 |
| Telephone: (919) 981-4000 | Facsimile: (919) 882-8890 |
| Facsimile: (919) 981-4300 | cgraebe@morningstarlawgroup.com |
| wcamden@williamsmullen.com | *Attorney for Defendant Port Royal* |
| lfussell@williamsmullen.com | |
| *Attorneys for NCM* | |

# CERTIFICATE OF SERVICE

I electronically filed the foregoing Joint Report on Arbitration with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties that have made an appearance in this civil action.

This the 10th day of June, 2025.

WILLIAMS MULLEN

/s/ *Lauren E. Fussell*
Lauren E. Fussell (N.C. Bar #49215)
P.O. Box 1000
Raleigh, North Carolina 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
lfussell@williamsmullen.com
*Attorney for NCM*